HOLLAND & KNIGHT LLP
R. David Donoghue (California SBN 205730)
131 S. Dearborn Street, 30th Floor
Chicago, Illinois 60603
Tel.:   (312) 263-3600
Fax:   (312) 578-6666
Email: david.donoghue@hklaw.com

*Attorneys for Defendants*
*Industrias Alen, S.A. DE C.V.*
*and Alen USA, L.P.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY, | Case No.: 3:12-CV-01468-CRB |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT ALEN USA, L.P. TO RESPOND TO THE COMPLAINT** |
| vs. | |
| INDUSTRIAS ALEN, S.A. DE C.V., AND ALEN USA, L.P. | |
| Defendants. | Complaint Filed:   March 23, 2012<br>Judge:   Hon. Charles R. Breyer |

WHEREAS, this action ("Complaint") was filed on March 23, 2012;

WHEREAS, R. David Donoghue Holland & Knight LLP has been engaged as counsel for Defendants Industrias Alen, S.A. DE C.V. and Alen USA, L.P. ("Defendants");

WHEREAS, R. David Donoghue waived personal service on Defendants as of March 29, 2012;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1), Defendant Alen USA, L.P.'s deadline to move against, answer or otherwise respond to the Complaint is Tuesday, May 29, 2012, and Defendant Industrias Alen, S.A. DE C.V.'s deadline to respond to the Complaint is June 28, 2012;

WHEREAS, Rule 6-1(a) of the Civil Local Rules of the Northern District of California provides that the parties may stipulate to extend the time within which to answer or otherwise respond to the complaint without a court order;

WHEREAS, Plaintiff's counsel has agreed to a thirty (30) day extension to Defendant Alen USA, L.P.'s deadline to move against, answer or otherwise respond to the Complaint;

NOW THEREFORE, the undersigned parties through their respective counsel stipulate as follows:

1. The time for Defendant Alen USA, L.P. to move against, answer or otherwise respond to the Complaint shall be extended to and including Thursday, June 28, 2012.

The stipulation may be executed in counterparts, including by signature transmitted by facsimile or electronically.

Respectfully submitted,

Dated:  May 25, 2012        /s/ R. David Donoghue
                            HOLLAND & KNIGHT LLP
                            R. David Donoghue
                            *Attorneys for Defendants Alen USA, L.P.*

Dated:  May 25, 2012        /s/ Martin R. Glick
                            ARNOLD & PORTER LLP
                            Martin R. Glick
                            Sarah Givan
                            *Attorneys for Plaintiff The Clorox Company*

### ATTESTATION REGARDING CONCURRENCE

I, R. David Donoghue, am the ECF User whose ID and password are being used to file this STIPULATION FOR EXTENDING TIME FOR DEFENDANT ALEN USA, L.P. TO RESPOND TO THE COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that counsel whose e-signature appears on the foregoing signature page has concurred with this filing.

Dated:  May 25, 2012        /s/ R. David Donoghue
                            Attorney for Defendants

Holland & Knight LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312) 578-6666