ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:    212.909.6696
Facsimile:    212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and<br>ALEN USA, L.P.<br><br>           Defendants. | Case No. CV 12-01468-CRB<br><br>**STIPULATION CONSENTING TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE SPERO**<br><br>Dept:    Courtroom 6<br>Judge:   Hon. Charles R. Breyer<br>Filed:   March 23, 2012 |

**WHEREAS**, this matter was randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial (Dkt. No. 5);

**WHEREAS**, the parties previously did not both consent to proceed before a magistrate judge (Dkt. No. 8);

**WHEREAS**, the parties now both wish to proceed before Magistrate Judge Spero;

**NOW THEREFORE**, in accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Joseph C. Spero conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**THIS STIPULATION** may be executed in counterparts, including by signature transmitted by facsimile or electronically.

Dated: June 21, 2012                ARNOLD & PORTER LLP

By: */s/ Martin R. Glick*
    Martin R. Glick

MARTIN R. GLICK (No. 40187)
martin.glick@aporter.com
SARAH J. GIVAN (No. 238301)
sarah.givan@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415.434.1600
Facsimile: 415.677.6262

Attorneys for Plaintiff
THE CLOROX COMPANY

*Signatures continue on next page*

| | | |
|---|---|---|
| 1 | Dated: June 21, 2012 | FENWICK & WEST LLP |
| 3 | | By: ___/s/ Jedediah Wakefield___<br>Jedediah Wakefield |
| 5 | | ANDREW P. BRIDGES (CSB No. 122761)<br>abridges@fenwick.com<br>JEDEDIAH WAKEFIELD (CSB No. 178058)<br>jwakefield@fenwick.com<br>ERIN SIMON (CSB No. 268929)<br>esimon@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350 |
| 10 | | Attorneys for Defendants<br>INDUSTRIAS ALEN, S.A. DE C.V. and<br>ALEN USA, L.P. |
| 13 | | DEBEVOISE & PLIMPTON LLP |
| 14 | | DAVID H. BERNSTEIN<br>(admitted *pro hac vice*)<br>dhbernstein@debevoise.com<br>ANDREW M. COHEN<br>(admitted *pro hac vice*)<br>amcohen@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: 212.909.6696<br>Facsimile: 212.521.7696 |
| 20 | | Attorneys for Defendants<br>INDUSTRIAS ALEN, S.A. DE C.V. and<br>ALEN USA, L.P. |

**ATTESTATION REGARDING CONCURRENCE**

I, JEDEDIAH WAKEFIELD, am the ECF User whose ID and password are being used to file this Stipulation Consenting to Proceed Before United States Magistrate Judge Spero. In compliance with General Order 45, X.B., I hereby attest that counsel whose e-signature appears on the foregoing signature page have concurred with this filing.

Dated: June 21, 2012                    */s/ Jedediah Wakefield*
                                                            Jedediah Wakefield