ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:    212.909.6696
Facsimile:    212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.<br><br>        Defendants. | Case No.: CV 12-01468-CRB<br><br>**ADR CERTIFICATION BY DEFENDANT ALEN USA, L.P. AND COUNSEL**<br><br>Dept:             Courtroom 6<br>Judge:           Hon. Charles R. Breyer<br>Date Action Filed:   March 23, 2012 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/22/2012     /s/ Gabino Molina Virgen
                     [AlEn USA, L.P.]

Dated 6/22/2012      /s/ Jedediah Wakefield
                     [Counsel]

**ATTESTATION REGARDING CONCURRENCE**

I, JEDEDIAH WAKEFIELD, am the ECF User whose ID and password are being used to file this ADR Certification by Defendant AlEn USA, L.P. and Counsel. In compliance with General Order 45, X.B., I hereby attest that the person whose e-signature appears on the foregoing signature page has concurred with this filing.

Dated: June 22, 2012     */s/ Jedediah Wakefield*
                         Jedediah Wakefield

ADR CERTIFICATION     2     Case No.: CV 12-01468-CRB