1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  ERIN SIMON (CSB No. 268929)
   esimon@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  DAVID H. BERNSTEIN (admitted *pro hac vice*)
   dhbernstein@debevoise.com
8  ANDREW M. COHEN (admitted *pro hac vice*)
   amcohen@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
10 New York, New York 10022
   Telephone:    212.909.6696
11 Facsimile:    212.521.7696

12 Attorneys for Defendants
   INDUSTRIAS ALEN, S.A. DE C.V. and
13 ALEN USA, L.P.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18 | THE CLOROX COMPANY,                  | Case No.: CV 12-01468-CRB
19 |                Plaintiff,            | **STIPULATION AND [PROPOSED]**
                                          | **ORDER SELECTING ADR PROCESS**
20 |        v.                            |
                                          | Dept:     Courtroom 6
21 | INDUSTRIAS ALEN, S.A. DE C.V., and   | Judge:    Hon. Charles R. Breyer
   | ALEN USA, L.P.                       | Date Action Filed: March 23, 2012
22 |                                      |
23 |                Defendants.           |

24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER                              Case No.: CV 12-01468-CRB
SELECTING ADR PROCESS

Counsel for Plaintiff The Clorox Company and Defendant AlEn USA, L.P. report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:**

☒ Private ADR – the parties are in discussions to identify an appropriate mediator with substantial experience in trademark law.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

Dated: June 22, 2012          Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Jedediah Wakefield*
    Andrew P. Bridges
    Jedediah Wakefield
    Erin Simon

DEBEVOISE & PLIMPTON LLP
David H. Bernstein
Andrew M. Cohen

Attorneys for Defendant
ALEN USA, L.P.

Dated:   June 22, 2012          ARNOLD & PORTER LLP

By: */s/ Sarah J. Givan*
    Martin R. Glick
    Sarah J. Givan

Attorneys for Plaintiff
THE CLOROX COMPANY

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS               1               Case No.: CV 12-01468-CRB

**ATTESTATION REGARDING CONCURRENCE**

I, Jedediah Wakefield, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process. In compliance with General Order 45, X.B., I hereby attest that counsel whose e-signature appears on the foregoing signature page has concurred with this filing.

Dated: June 22, 2012                             By: */s/ Jedediah Wakefield*
                                                                    Jedediah Wakefield

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS        2        Case No.: CV 12-01468-CRB

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: _____

UNITED STATES JUDGE

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                3                Case No.: CV 12-01468-CRB