IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.,<br><br>    Defendants.       / | No.   C 12-01468 CRB<br><br>**ORDER OF REASSIGNMENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE UPON CONSENT** |

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the parties having filed their consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

This case is reassigned to United States Magistrate Judge Joseph C. Spero for all further proceedings, including trial and may order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit and voluntarily waives the right to proceed before a United States District Judge.

**IT IS SO ORDERED.**

Date: June 22, 2012

CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE

N:\pdf docs\1468clorox_consento.wpd