ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:   212.909.6696
Facsimile:    212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.<br><br>Defendants. | Case No.: CV 12-01468-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Dept:    Courtroom 6<br>Judge:   Hon. Charles R. Breyer<br>Date Action Filed: March 23, 2012 |

Counsel for Plaintiff The Clorox Company and Defendant AlEn USA, L.P. report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:**

- ☒ Private ADR – the parties are in discussions to identify an appropriate mediator with substantial experience in trademark law.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

Dated: June 22, 2012               Respectfully submitted,

                                   FENWICK & WEST LLP


                                   By: */s/ Jedediah Wakefield*
                                       Andrew P. Bridges
                                       Jedediah Wakefield
                                       Erin Simon

                                       DEBEVOISE & PLIMPTON LLP
                                       David H. Bernstein
                                       Andrew M. Cohen

                                       Attorneys for Defendant
                                       ALEN USA, L.P.

Dated:   June 22, 2012             ARNOLD & PORTER LLP

                                   By: */s/ Sarah J. Givan*
                                       Martin R. Glick
                                       Sarah J. Givan

                                       Attorneys for Plaintiff
                                       THE CLOROX COMPANY

**ATTESTATION REGARDING CONCURRENCE**

I, Jedediah Wakefield, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Selecting ADR Process. In compliance with General Order 45, X.B., I hereby attest that counsel whose e-signature appears on the foregoing signature page has concurred with this filing.

Dated: June 22, 2012         By: */s/ Jedediah Wakefield*
                                 Jedediah Wakefield

# [~~PROPOSED~~] ORDER

☒  The parties' stipulation is adopted and IT IS SO ORDERED.

☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  June 22, 2012



STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

3

Case No.: CV 12-01468-CRB