ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

Attorneys for Defendant
INDUSTRIAS ALEN, S.A. DE C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.,<br><br>Defendants. | Case No.: CV 12-01468-JCS<br><br>**DECLARATION OF GABINO MOLINA VIRGEN IN SUPPORT OF DEFENDANT INDUSTRIAS ALEN, S.A. DE C.V.'S MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)**<br><br>Action Filed:  March 23, 2012 |

# DECLARATION OF GABINO MOLINA VIRGEN
## IN SUPPORT OF DEFENDANT'S MOTION

I, Gabino Molina Virgen, declare as follows:

1. I am Manager of Corporate Affairs of Defendant Industrias AlEn, S.A. de C.V. ("Industrias AlEn"). I make this Declaration in support of the Memorandum of Law in Support of Defendant's Motion to Dismiss filed June 27, 2012.

**Industrias AlEn and Its Subsidiaries**

2. Industrias AlEn is a holding company organized under Mexican law. Its principal place of business is in Santa Catarina, Nuevo León, Mexico.

3. Industrias AlEn is the parent entity and 100% owner of subsidiary AlEn International Inc. ("AlEn International"), a company incorporated in Delaware with its principal place of business in Texas. AlEn International is in turn the 100% owner of its subsidiary AlEn Americas, Inc. ("AlEn Americas"), incorporated in Delaware with its principal place of business in Delaware. AlEn Americas owns a 100% stake in each of three subsidiaries: AlEn U.S.A. Inc., incorporated in Delaware with its principal place of business in Delaware; White Cap Inc., incorporated in New Jersey with its principal place of business in Texas; and WCI Holdco Inc., incorporated in Delaware with its principal place of business in Delaware. AlEn USA Inc., White Cap Inc., and WCI Holdco Inc. collectively own 100% of defendant AlEn USA, L.P. ("AlEn USA"), and are its general partners.

4. Industrias AlEn conducts no business in California or indeed in the United States. The only activities it has taken with respect to the United States are the registration of its trademarks (since, as the parent holding company, Industrias AlEn owns all of the group's trademarks and licenses those trademarks to its various subsidiaries for use in their countries of operation); and its ownership of subsidiaries that ultimately own AlEn USA and other subsidiaries that conduct business in the United States.

5. As a holding company, Industrias AlEn's business is to make investments and manage risk through these investments, including in various subsidiaries. If AlEn USA, or indeed

any other of Industrias AlEn's subsidiaries, did not exist, Industrias AlEn would continue to function as a holding company for other subsidiaries and investments.

6. Industrias AlEn has a Mexico-based subsidiary that manufactures, distributes and sells products in Mexico under marks owned by Industrias AlEn, including the mark PINOL. These products are market leaders in both the household cleaning product and the laundry product market segments. Other subsidiaries sell PINOL and other AlEn products in other countries, including Belize, Guatemala, El Salvador, Honduras, Nicaragua, Costa Rica, Aruba, Curaçao, and the Bahamas.

**AlEn USA**

7. AlEn USA operates as a limited partnership under the laws of Texas. Its principal place of business is in Houston, Texas.

8. AlEn USA's business is to sell an array of household cleaning products and laundry products manufactured in Mexico to customers in the United States. AlEn USA manages its internal affairs, finances and operations separate and distinct from Industrias AlEn and any other subsidiary or affiliate of Industrias AlEn. Since its incorporation, AlEn USA has been, and remains, properly capitalized.

9. Industrias AlEn has no involvement with AlEn USA's internal day-to-day operations. Industrias AlEn does not purchase, distribute, or sell any products from AlEn USA. Industrias AlEn does not select or arrange contracts with AlEn USA's retailers, distributors, or other counterparties. Industrias AlEn has no involvement in the maintenance of AlEn USA's workforce.

**Industrias AlEn's PINOL Trademarks and Clorox's Cancellation Proceedings**

10. Industrias AlEn owns six United States registrations for variations on the mark PINOL, covering a variety of household cleaning products and laundry products. These registrations are summarized in the table below, and true and correct copies are attached as Exhibits 1-6. As the table shows, the applications were filed between 2005 and 2009, and matured to registration between 2008 and 2010. The marks were registered without any opposition from Clorox.

DECLARATION OF GABINO MOLINA VIRGEN IN SUPPORT OF INDUSTRIAS ALEN'S MOTION TO DISMISS     3     Case No.: CV 12-01468-JCS

| EXH. NO. | MARK | APP. NO. FILING DATE | REG. NO. REG. DATE | GOODS |
|---|---|---|---|---|
| 1 | SALUD Y CONFIANZA CON PINOL | Ser. No. 78/934,589 Filed July 21, 2006 | Reg. No. 3,843,220 Registered August 31, 2010 | Class 3: Liquid household cleaning preparations. Class 5: All purpose disinfectants. |
| 2 | PINALEN BY PINOL | Ser. No. 78/771,013 Filed December 12, 2005 | Reg. No. 3,577,950 Registered February 17, 2009 | Class 3: Liquid cleaning preparations for household use. |
| 3 | PINOL | Ser. No. 78/541,823 Filed January 4, 2005 | Reg. No. 3,529,051 Registered November 4, 2008 | Class 21: Pre-moistened cloths for cleaning. |
| 4 | PINOL | Ser. No. 77/944,751 Filed February 25, 2010 | Reg. No. 3,918,071 Registered February 8, 2011 | Class 3: Detergents for household, kitchen and laundry use. |
| 5 | PINOL | Ser. No. 77/779,868 Filed July 13, 2009 | Reg. No. 3,880,953 Registered November 23, 2010 | Class 3: Liquid soap. |
| 6 | ALEN PINOL | Ser. No. 77/021,810 Filed October 16, 2006 | Reg. No. 3,516,958 Registered October 14, 2008 | Class 3: Household liquid cleaning preparations. |

11. On September 27, 2010, Industrias AlEn filed Application Serial No. 85/138,747 to register the mark PINOL for "liquid cleaning preparations for household use" in Class 3. A true and correct copy of the application file is attached as Exhibit 7.

12. As a related party and indirect subsidiary of Industrias AlEn, AlEn USA has an implied license from Industrias AlEn to use the PINOL trademarks in the United States. AlEn USA has sold PINOL products in the United States for more than a decade.

13. Attached as Exhibit 8 is a true and correct copy of Clorox's petition to the Trademark Trial and Appeal Board ("TTAB"), filed on March 21, 2011, to cancel Industrias AlEn's six registered PINOL marks (Exhibits 1-6).

14. Attached as Exhibit 9 is a true and correct copy of Clorox's opposition to Industrias AlEn's pending application to register the mark PINOL (Exhibit 7), filed on June 24, 2011.

15. Attached as Exhibit 10 is a true and correct copy of Clorox's motion to suspend the TTAB proceedings, filed on March 29, 2012.

16. Attached as Exhibit 11 is a true and correct copy of the TTAB's order dated April 4, 2012 granting Clorox's motion to suspend the cancellation and opposition proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of June, 2012, in Santa Catarina, Nuevo León, Mexico.

_____
Gabino Molina Virgen