# Exhibit 1

# United States of America
## United States Patent and Trademark Office

SALUD Y CONFIANZA CON PINOL

**Reg. No. 3,843,220**
**Registered Aug. 31, 2010**
**Int. Cls.: 3 and 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

INDUSTRIAS ALEN, S.A. DE C.V. (MEXICO CORPORATION)
BLVD. DIAZ ORDAZ NO. 1000
COL. LOS TREVINO
SANTA CATARINA, N.L., MEXICO C.P 66350

FOR: LIQUID HOUSEHOLD CLEANING PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-12-2010; IN COMMERCE 1-12-2010.

FOR: ALL PURPOSE DISINFECTANTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 1-12-2010; IN COMMERCE 1-12-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS HEALTH AND TRUST WITH PINOL.

SN 78-934,589, FILED 7-21-2006.

MICHAEL TANNER, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office