# Exhibit 2

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,577,950

Registered Feb. 17, 2009

**TRADEMARK**
PRINCIPAL REGISTER

# PINALEN BY PINOL

INDUSTRIAS ALEN, S.A. DE C.V. (MEXICO CORPORATION)
BLVD. DIAZ ORDAZ NO. 1000
COL. LOS TREVINO
SANTA CATARINA, N.L., MEXICO CP 66350

FOR: LIQUID CLEANING PREPARATIONS FOR HOUSEHOLD USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-24-2008; IN COMMERCE 3-24-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,506,745.

SN 78-771,013, FILED 12-12-2005.

ODESSA BIBBINS, EXAMINING ATTORNEY