# Exhibit 3

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

Reg. No. 3,529,051

United States Patent and Trademark Office    Registered Nov. 4, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# PINOL

INDUSTRIAS ALEN, S.A. DE C.V. (MEXICO CORPORATION)
BLVD. DIAZ ORDAZ NO. 1000
COL. LOS TREVINO
SANTA CATARINA, N.L., MEXICO CP 66350

FOR: PRE-MOISTENED CLOTHS FOR CLEANING, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-1-2008; IN COMMERCE 8-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-541,823, FILED 1-4-2005.

ALLISON HOLTZ, EXAMINING ATTORNEY