# Exhibit 4



# PINOL

**Reg. No. 3,918,071**
**Registered Feb. 8, 2011**
**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

INDUSTRIAS ALEN, S.A. DE C.V. (MEXICO CORPORATION)
MEXICO BLVD. DIAZ ORDAZ
NO. 1000 COLONIA LOS TREVINO
MONTERREY, NUEVO LEON, MEXICO 66350

FOR: DETERGENTS FOR HOUSEHOLD, KITCHEN AND LAUNDRY USE, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 11-23-2010; IN COMMERCE 11-23-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,516,958, 3,577,950, AND OTHERS.

SN 77-944,751, FILED 2-25-2010.

ANDREA BUTLER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** PINOL
**SERIAL NUMBER:** 77944751

The applicant, Industrias Alen, S.A. de C.V., having an address of
    Mexico Blvd. Diaz Ordaz
    Monterrey, Nuevo Leon, 66350
    MX
is submitting the following allegation of use information:

For International Class 003:
Current identification: Detergents for household, kitchen and laundry use

The mark is in use in commerce on or in connection with all goods or services listed in the application or Notice of Allowance or as subsequently modified for this specific class

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 11/23/2010, and first used in commerce at least as early as 11/23/2010, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Label showing the mark and an invoice showing sale of product bearing the mark..

**JPG file(s):**
Specimen File1
**Original PDF file:**
SPN0-6315017294-160516543_._Pinol_-_Detergent_-_Invoice.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

For International Class 005:
Current identification: Sanitizing tablets for disinfecting and cleaning sinks, tubs and toilet bowls

This **allegation of use** does **not** cover this specific class. This **entire class** is either to be permanently **deleted** from the application OR **processed according to a Request to Divide**.

The applicant is not filing a Request to Divide with this Allegation of Use form.

**MISCELLANEOUS STATEMENTS**
Please delete Class 5


A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.


## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Scott W. Petersen/     Date Signed: 11/30/2010
Signatory's Name: Scott W. Petersen
Signatory's Position: Attorney of record, IL bar member

RAM Sale Number: 3710
RAM Accounting Date: 12/01/2010

Serial Number: 77944751
Internet Transmission Date: Tue Nov 30 16:26:35 EST 2010
TEAS Stamp: USPTO/SOU-63.150.172.94-2010113016263517
6115-77944751-470fee22afaa2d417d7f718f7a
3317aac3-CC-3710-20101130160516543458

## INVOICE

# AlEn USA LP

9326 Baythorne Dr.
Houston TX 77041
PHONE 832 4841508

REMIT TO: PO Box 671110
Dallas, TX 75267-1110

SOLD TO:
Economy Cash & Carry, L.P.
PO Box 1736
El Paso, TX 79949

CONFIRM TO:

PO# 19448

| | |
|---|---|
| INVOICE NUMBER: | 0054962 |
| INVOICE DATE : | 23-Nov-2010 |
| SHIP DATE: | 11-Nov-2010 |
| WAREHOUSE: | Transfer Warehouse Mty |
| ORDER NUMBER: | 49413 |
| ORDER DATE: | 8-Nov-2010 |
| CUSTOMER PO: | 138825 |
| CUSTOMER NO: | ECO01 |
| PICKING SHEET: | 41686 |

SHIP TO:
Economy Cash & Carry
1500 E Paisano
El Paso, TX 79901


**MAILED**

| TERMS<br>2% 10 Days Net 30 | WAREHOUSE<br>100 | | SHIP VIA<br>COMMON CARRIER | | SALESPERSON<br>Kenneth Garza - TX | PAGE 1 OF 2 | |
|---|---|---|---|---|---|---|---|
| **UPC** | **CASE WEIGHT** | **ORDERED** | **SHIPPED** | **PRICE** | **OFF INVOICE** | **DISCOUNTS** | **AMOUNT** |
| 43152-00442<br>PINOL LAUNDRY DETERGENT 900GR | 37.45 | 40 | 40 | 22.50 | 0.00 | 0.00 | 900.00 |
| 43152-00721<br>Pinalen Regular 16.9oz | 23.64 | 84 | 84 | 13.04 | 0.00 | 0.00 | 1,095.36 |
| 11218-04584<br>Xtra Pine 181oz | 11.03 | 378 | 378 | 4.17 | 0.00 | 0.00 | 1,576.26 |
| **43152-09010**  ENSUENO SPRING FRESH 181OZ RTD | | | | | | | |
| 43152-00893<br>Ensueño Sp. Fresh 181oz | 11.7 | 504 | 504 | 4.85 | 0.00 | 0.00 | 2,444.40 |
| **43152-09071**  FESTIVAL LAVENDER P. 181OZ RTD | | | | | | | |
| 43152-03196<br>Festival Lavender 181oz | 12.2467 | 252 | 252 | 4.57 | 0.00 | 0.00 | 1,151.64 |
| **43152-09081**  FESTIVAL CARIBBEAN B. 181OZ RTD | | | | | | | |
| 43152-03396<br>Festival Caribbean B 181oz | 12.2467 | 126 | 126 | 4.57 | 0.00 | 0.00 | 575.82 |
| **43152-09101**  PINALEN REGULAR 181OZ RTD | | | | | | | |
| 43152-00734<br>Pinalen 181oz | 12.03 | 126 | 126 | 3.98 | 0.00 | 0.00 | 501.48 |
| **43152-09108**  PINALEN 28OZ RAINBOW RTD | | | | | | | |
| 43152-02050e<br>Pinalen Lavender 28oz OC | 29.20991 | 20 | 20 | 16.96 | -3.46 | 0.00 | 270.00 |
| 43152-04066<br>Pinalen Citrus 28oz OC | 29.22908 | 20 | 20 | 16.96 | -3.46 | 0.00 | 270.00 |
| 43152-00724e<br>Pinalen Reg 28oz OC | 29.20991 | 60 | 60 | 16.96 | -3.46 | 0.00 | 810.00 |
| **43152-09110**  PINALEN REGULAR 128OZ RTD | | | | | | | |

