# Exhibit 5



# PINOL

| | |
|---|---|
| **Reg. No. 3,880,953** | INDUSTRIAS ALEN, S.A. DE C.V. (MEXICO CORPORATION) |
| | COLONIA LOS TREVINO |
| **Registered Nov. 23, 2010** | MEXICO BLVD. DIAZ ORDAZ NO. 1000 |
| | MONTERREY, NUEVO LEON, MEXICO 66350 |
| **Int. Cl.: 3** | |
| | FOR: LIQUID SOAP, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **TRADEMARK** | FIRST USE 9-15-2010; IN COMMERCE 9-15-2010. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 3,516,958, 3,529,051, AND 3,577,950. |
| | SN 77-779,868, FILED 7-13-2009. |
| | JORDAN BAKER, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office