# Exhibit 6

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,516,958
Registered Oct. 14, 2008

TRADEMARK
PRINCIPAL REGISTER

# ALEN PINOL

INDUSTRIAS ALEN, S.A. DE C.V. (MEXICO CORPORATION)
BLVD.DIAZ ORDAZ NO. 1000
COLONIA LOS TREVINO, 66350
MONTERREY, NUEVO LEON, MEXICO

FOR: HOUSEHOLD LIQUID CLEANING PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-24-2008; IN COMMERCE 3-24-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,954,038.

SN 77-021,810, FILED 10-16-2006.

MICHAEL TANNER, EXAMINING ATTORNEY