# Exhibit 11

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451

nmt/gcp

Mailed: April 4, 2012

**Opposition No. 91200388
(parent case)**
Cancellation No. 92053794

The Clorox Company

    v.

Industrias Alen, S.A. de C.V.

**George C. Pologeorgis,
Interlocutory Attorney:**

    On March 29, 2012, opposer filed a consented motion to suspend these consolidated proceedings pending the final determination of a civil action between the parties in the United States District Court for the Northern District of California.[1] Opposer included a copy of the civil action complaint with its filing.

    It is the policy of the Board to suspend proceedings when the parties are involved in a civil action which may be dispositive of, or have a bearing on, the Board case. *See* Trademark Rule 2.117(a).

---

[1] Civil Action Case No. cv-12-1468-JCS, styled *The Clorox Company v. Industrias Alen, S.A. de C.V.., et al.,* filed on or about March 23, 2012.

Opposition No. 91200388
Cancellation No. 92053794

Following a careful review of the civil action complaint, the Board finds that a decision by the district court could have a bearing on, or be dispositive of, the issues in these consolidated proceedings.

Accordingly, opposer's consented motion to suspend is granted as well taken and these consolidated proceedings are suspended pending final disposition of the civil action between the parties.

Within twenty days after the final determination of the civil action, the parties shall so notify the Board and call this case up for any appropriate action.  During the suspension period, the parties shall notify the Board of any address changes for the parties or their attorneys.