ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:   212.909.6696
Facsimile:   212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and<br>ALEN USA, L.P.<br><br>　　　　　　　Defendants. | Case No. CV 12-01468-JCS<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dept:　　Courtroom 6<br>Judge:　Hon. Joseph C. Spero<br><br>Filed:　　March 23, 2012 |

**WHEREAS**, the Court is scheduled to hear argument on the motion of Defendant Industrias AlEn, S.A. de C.V. to dismiss the case as to it for lack of personal jurisdiction (Dkt. No. 29) on August 3, 2012;

**WHEREAS**, on June 28, the Court set a Case Management Conference in this action for July 20, 2012 (Dkt. No. 31); and

**WHEREAS**, consolidating the Case Management Conference and hearing on the motion to dismiss on August 3, 2012 will promote judicial efficiency and conserve the Court's and the parties' resources and also accommodate a scheduling conflict with Defendant's Bay Area co-lead counsel;

**THE UNDERSIGNED PARTIES HEREBY REQUEST** that the Court continue the Case Management Conference in this action to August 3, 2012, and to continue the deadline to file a joint case management statement to July 27, 2012.

**IT IS SO STIPULATED:**

Dated:   July 3, 2012                                    ARNOLD & PORTER LLP


By:   _____/s/ *Martin R. Glick*_____
            Martin R. Glick

MARTIN R. GLICK (No. 40187)
martin.glick@aporter.com
SARAH J. GIVAN (No. 238301)
sarah.givan@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415.434.1600
Facsimile:    415.677.6262

Attorneys for Plaintiff
THE CLOROX COMPANY

*Signatures continue on next page*

| | | |
|---|---|---|
| 1 | Dated:   July 3, 2012 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By:   */s/ Andrew P. Bridges* |
| | | Andrew P. Bridges |

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

DEBEVOISE & PLIMPTON LLP

DAVID H. BERNSTEIN
(admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN
(admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:   212.909.6696
Facsimile:   212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

**PURSUANT TO STIPULATED REQUEST, IT IS SO ORDERED**

Dated:   _____

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

STIPULATED REQUEST AND [PROPOSED]
ORDER CONTINUING CMC                                 3                            CASE NO. CV 12-01468-JCS

**ATTESTATION REGARDING CONCURRENCE**

I, Andrew P. Bridges, am the ECF User whose ID and password are being used to file this Stipulated Request and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that counsel for Plaintiff whose e-signature appears above has concurred with this filing.

Dated: July 3, 2012

*/s/ Andrew P. Bridges*
Andrew P. Bridges