ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:   212.909.6696
Facsimile:    212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.<br><br>               Defendants. | Case No. CV 12-01468-JCS<br><br>**DECLARATION OF ANDREW P. BRIDGES IN SUPPORT OF STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Dept:    Courtroom 6<br>Judge:   Hon. Joseph C. Spero<br><br>Filed:    March 23, 2012 |

I, ANDREW P. BRIDGES, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Fenwick & West LLP, counsel for Defendants in this matter. I serve as co-lead counsel with David H. Bernstein of Debevoise & Plimpton in New York.

2. On June 28, the Court set a Case Management Conference ("CMC") in this action for July 20, 2012 (Dkt. 31).

3. The hearing on the motion of Defendant Industrias AlEn, S.A. de C.V. to dismiss for lack of personal jurisdiction (Dkt. 29) is scheduled for August 3, 2012.

4. The parties seek to continue the CMC to August 3, 2012, to consolidate the CMC date with the hearing on Industrias AlEn's motion to dismiss. This continuance will accommodate a scheduling conflict, with a long-committed speaking engagement in Michigan, which I have on the current CMC date of July 20, 2012.

5. This proposed two-week continuance of the CMC will not affect the schedule for the case. The Court has not yet set a trial date or discovery schedule. The Court previously modified the date of the Case Management Conference following the assignment of this Action to Judge Charles Breyer, and again following reassignment to Judge Spero (Dkts. 10, 31).

I declare under penalty of perjury that the foregoing is true and correct. Executed this third day of July 2012.

                                                          */s/ Andrew P. Bridges*
                                                          Andrew P. Bridges