ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:    212.909.6696
Facsimile:    212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V., and
ALEN USA, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>              Plaintiff,<br>    v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.<br><br>              Defendants. | Case No.: CV 12-01468-JCS<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed:  March 23, 2012 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. White Cap, Inc. – ownership interest in AlEn USA, LP
2. WCI Holdco, Inc. – ownership interest in AlEn USA, LP
3. AlEn USA, Inc. – ownership interest in AlEn USA, LP
4. AlEn Americas, Inc. – indirect ownership interest in AlEn USA, LP
5. AlEn International, Inc. – indirect ownership interest in AlEn USA, LP
6. Grupo Gale S.A. de C.V. – ownership interest in Industrias AlEn S.A. de C.V.
7. Organizacion Real S.A. de C.V. – ownership interest in Industrias AlEn S.A. de C.V.

Dated: July 5, 2012

FENWICK & WEST LLP

By: _/s/ Andrew P. Bridges_
      Andrew P. Bridges

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DEBEVOISE & PLIMPTON LLP

DAVID H. BERNSTEIN
(admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN
(admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    2    Case No.: CV 12-01468-JCS