| | |
|---|---|
| 1 | MARTIN R. GLICK (No. 40187) |
| | martin.glick@aporter.com |
| 2 | SARAH J. GIVAN (No. 238301) |
| | sarah.givan@aporter.com |
| 3 | ARNOLD & PORTER LLP |
| | Three Embarcadero Center, 7th Floor |
| 4 | San Francisco, California 94111-4024 |
| | Telephone: 415.471-3100 |
| 5 | Facsimile: 415.471-3400 |
| 6 | Attorneys for Plaintiff |
| | THE CLOROX COMPANY |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 11 | THE CLOROX COMPANY, | No. CV 12-01468-JCS |
| 12 | Plaintiff, | **NOTICE OF APPEARANCE** |
| 13 | v. | |
| 14 | INDUSTRIAS ALEN, S.A. DE C.V, and ALEN USA, L.P. | |
| 15 | | |
| 16 | Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to General Order No. 45(IV)(C) Jaime Huling Delaye of Arnold & Porter LLP hereby enters an appearance on behalf of Plaintiff The Clorox Company. Please serve said counsel with all pleadings and notices, including by email in this action. Ms. Huling Delaye's mailing and email addresses and telephone and facsimile numbers are set forth in the caption on the preceding page.

DATED: July 9, 2012.

ARNOLD & PORTER LLP

By: */s/ Jaime Huling Delaye*
　　　JAIME HULING DELAYE

Attorneys for Plaintiff THE CLOROX COMPANY