ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  212.909.6696
Facsimile:  212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>               Plaintiff,<br><br>   v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.<br><br>               Defendants. | Case No. CV 12-01468-JCS<br><br>**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dept:   Courtroom G ~~Courtroom 6~~<br>Judge:  Hon. Joseph C. Spero<br><br>Filed:   March 23, 2012 |

**WHEREAS**, the Court is scheduled to hear argument on the motion of Defendant Industrias AlEn, S.A. de C.V. to dismiss the case as to it for lack of personal jurisdiction (Dkt. No. 29) on August 3, 2012;

**WHEREAS**, on June 28, the Court set a Case Management Conference in this action for July 20, 2012 (Dkt. No. 31); and

**WHEREAS**, consolidating the Case Management Conference and hearing on the motion to dismiss on August 3, 2012 will promote judicial efficiency and conserve the Court's and the parties' resources and also accommodate a scheduling conflict with Defendant's Bay Area co-lead counsel;

**THE UNDERSIGNED PARTIES HEREBY REQUEST** that the Court continue the Case Management Conference in this action to August 3, 2012, and to continue the deadline to file a joint case management statement to July 27, 2012.

**IT IS SO STIPULATED:**

Dated: July 3, 2012                           ARNOLD & PORTER LLP

                                              By: _____/s/ *Martin R. Glick*_____
                                                         Martin R. Glick

                                              MARTIN R. GLICK (No. 40187)
                                              martin.glick@aporter.com
                                              SARAH J. GIVAN (No. 238301)
                                              sarah.givan@aporter.com
                                              ARNOLD & PORTER LLP
                                              Three Embarcadero Center, 7th Floor
                                              San Francisco, California 94111-4024
                                              Telephone: 415.434.1600
                                              Facsimile: 415.677.6262

                                              Attorneys for Plaintiff
                                              THE CLOROX COMPANY

*Signatures continue on next page*

| | | |
|---|---|---|
| 1 | Dated: July 3, 2012 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: _____*/s/ Andrew P. Bridges*_____ |
| | | Andrew P. Bridges |
| 4 | | |
| 5 | | ANDREW P. BRIDGES (CSB No. 122761) |
| | | abridges@fenwick.com |
| 6 | | JEDEDIAH WAKEFIELD (CSB No. 178058) |
| | | jwakefield@fenwick.com |
| 7 | | ERIN SIMON (CSB No. 268929) |
| | | esimon@fenwick.com |
| 8 | | FENWICK & WEST LLP |
| | | 555 California Street, 12th Floor |
| 9 | | San Francisco, California 94104 |
| | | Telephone:  415.875.2300 |
| 10 | | Facsimile:   415.281.1350 |
| 11 | | Attorneys for Defendants |
| | | INDUSTRIAS ALEN, S.A. DE C.V. and |
| 12 | | ALEN USA, L.P. |
| 13 | | DEBEVOISE & PLIMPTON LLP |

(signature block continues)

DAVID H. BERNSTEIN
(admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN
(admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  212.909.6696
Facsimile:   212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

IT IS HEREBY ORDERED THAT the Motion to Dismiss and Case Management Conference

~~PURSUANT TO STIPULATED REQUEST, IT IS SO ORDERED~~

shall be rescheduled to September 7, 2012, at 9:30 AM.  The joint cmc statement shall be due by August 31, 2012.

Dated: ____July 10, 2012_____    _____
The Honorable Joseph C. Spero
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*

STIPULATED REQUEST AND [~~PROPOSED~~]    3    CASE NO. CV 12-01468-JCS
ORDER CONTINUING CMC

1  **ATTESTATION REGARDING CONCURRENCE**

2      I, Andrew P. Bridges, am the ECF User whose ID and password are being used to file this

3  Stipulated Request and [Proposed] Order Continuing Case Management Conference. In

4  compliance with General Order 45, X.B., I hereby attest that counsel for Plaintiff whose e-

5  signature appears above has concurred with this filing.

7  Dated: July 3, 2012                      */s/ Andrew P. Bridges*
                                                                                      Andrew P. Bridges