ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:   212.909.6696
Facsimile:   212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>         Plaintiff,<br><br>  v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.<br><br>         Defendants. | Case No. CV 12-01468-JCS<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>**STIPULATED REQUEST FOR ORDER APPROVING WITHDRAWAL OF COUNSEL**<br><br>**[PROPOSED] ORDER**<br><br>Dept:    Courtroom 6<br>Judge:  Hon. Joseph C. Spero<br><br>Filed:   March 23, 2012 |

Defendants Industrias AlEn, S.A. de C.V. and AlEn USA, L.P. hereby notify the Court

pursuant to Local Rule 5-1(c)(2)(C) that, in light of their earlier appointment of Debevoise &

Plimpton LLP and Fenwick & West LLP to represent them in this action, they seek to release R. David Donoghue and Holland & Knight LLP as counsel of record.

All parties, together with R. David Donoghue and Holland & Knight LLP, hereby stipulate to request the Court to enter an order pursuant to Local Rule 11-5(a) permitting Mr. Donoghue and Holland and Knight LLP to withdraw as Defendants' counsel of record. Defendants' other counsel of record otherwise remain the same.

**IT IS SO STIPULATED:**

Dated: July 30, 2012                ARNOLD & PORTER LLP

By:  */s/ Martin R. Glick*
         Martin R. Glick

Martin R. Glick (No. 40187)
martin.glick@aporter.com
Sarah J. Givan (No. 238301)
sarah.givan@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415.434.1600
Facsimile: 415.677.6262

Attorneys for Plaintiff
THE CLOROX COMPANY

HOLLAND & KNIGHT LLP

By:  */s/ R. David Donoghue*
         R. David Donoghue

R. David Donoghue, Esq. (CA SBN 205730 / IL SBN 6273840)
david.donoghue@hklaw.com
Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

| | | |
|---|---|---|
| 1 | Dated: July 30, 2012 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Andrew P. Bridges* |
| | | Andrew P. Bridges |
| 4 | | |
| 5 | | ANDREW P. BRIDGES (CSB No. 122761) |
| | | abridges@fenwick.com |
| 6 | | JEDEDIAH WAKEFIELD (CSB No. 178058) |
| | | jwakefield@fenwick.com |
| 7 | | ERIN SIMON (CSB No. 268929) |
| | | esimon@fenwick.com |
| 8 | | FENWICK & WEST LLP |
| | | 555 California Street, 12th Floor |
| 9 | | San Francisco, California 94104 |
| | | Telephone: 415.875.2300 |
| 10 | | Facsimile: 415.281.1350 |
| 11 | | Attorneys for Defendants |
| | | INDUSTRIAS ALEN, S.A. DE C.V. and |
| 12 | | ALEN USA, L.P. |
| 13 | | DEBEVOISE & PLIMPTON LLP |
| 14 | | DAVID H. BERNSTEIN |
| 15 | | (admitted *pro hac vice*) |
| | | dhbernstein@debevoise.com |
| 16 | | ANDREW M. COHEN |
| | | (admitted *pro hac vice*) |
| 17 | | amcohen@debevoise.com |
| | | DEBEVOISE & PLIMPTON LLP |
| 18 | | 919 Third Avenue |
| | | New York, New York 10022 |
| 19 | | Telephone: 212.909.6696 |
| | | Facsimile: 212.521.7696 |
| 20 | | Attorneys for Defendants |
| | | INDUSTRIAS ALEN, S.A. DE C.V. and |
| 21 | | ALEN USA, L.P. |

NOTICE OF CHANGE OF COUNSEL,
STIPULATED REQUEST, AND [PROPOSED]   3   CASE NO. CV 12-01468-JCS
ORDER

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATED REQUEST, IT IS SO ORDERED.**

Dated: _____    _____
                                                            The Honorable Joseph C. Spero
                                                            United States Magistrate Judge

NOTICE OF CHANGE OF COUNSEL,
STIPULATED REQUEST, AND [PROPOSED]          4                    CASE NO. CV 12-01468-JCS
ORDER

**ATTESTATION REGARDING CONCURRENCE**

I, Andrew P. Bridges, am the ECF User whose ID and password are being used to file this Notice of Change of Counsel and Stipulated Request and [Proposed] Order Approving Withdrawal of Counsel. In compliance with General Order 45, X.B., I hereby attest that other counsel whose e-signatures appear above have concurred with this filing.

Dated: July 30, 2012            */s/ Andrew P. Bridges*
                                                Andrew P. Bridges