1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  ERIN SIMON (CSB No. 268929)
   esimon@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone:   415.875.2300
6  Facsimile:   415.281.1350

7  DAVID H. BERNSTEIN (admitted *pro hac vice*)
   dhbernstein@debevoise.com
8  ANDREW M. COHEN (admitted *pro hac vice*)
   amcohen@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
10 New York, New York 10022
   Telephone:   212.909.6696
11 Facsimile:   212.521.7696

12 Attorneys for Defendants
   INDUSTRIAS ALEN, S.A. DE C.V. and
13 ALEN USA, L.P.

14 *Additional counsel listed on signature page*

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 18 THE CLOROX COMPANY, | Case No. CV 12-01468-JCS |
| 19               Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| 20       v. | **STIPULATED REQUEST FOR ORDER APPROVING WITHDRAWAL OF** |
| 21 INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P. | **COUNSEL** |
| 22               Defendants. | **[PROPOSED] ORDER** |
| 23 | Dept:   Courtroom 6 |
| 24 | Judge:  Hon. Joseph C. Spero |
| 25 | Filed:  March 23, 2012 |

26      Defendants Industrias AlEn, S.A. de C.V. and AlEn USA, L.P. hereby notify the Court

27 pursuant to Local Rule 5-1(c)(2)(C) that, in light of their earlier appointment of Debevoise &

28

NOTICE OF CHANGE OF COUNSEL,
STIPULATED REQUEST, AND [PROPOSED]         1                    CASE NO. CV 12-01468-JCS
ORDER

Plimpton LLP and Fenwick & West LLP to represent them in this action, they seek to release R. David Donoghue and Holland & Knight LLP as counsel of record.

All parties, together with R. David Donoghue and Holland & Knight LLP, hereby stipulate to request the Court to enter an order pursuant to Local Rule 11-5(a) permitting Mr. Donoghue and Holland and Knight LLP to withdraw as Defendants' counsel of record. Defendants' other counsel of record otherwise remain the same.

**IT IS SO STIPULATED:**

Dated: July 30, 2012                        ARNOLD & PORTER LLP

By:  */s/ Martin R. Glick*
         Martin R. Glick

Martin R. Glick (No. 40187)
martin.glick@aporter.com
Sarah J. Givan (No. 238301)
sarah.givan@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415.434.1600
Facsimile: 415.677.6262

Attorneys for Plaintiff
THE CLOROX COMPANY

HOLLAND & KNIGHT LLP

By:  */s/ R. David Donoghue*
         R. David Donoghue

R. David Donoghue, Esq. (CA SBN 205730 / IL SBN 6273840)
david.donoghue@hklaw.com
Holland & Knight LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

NOTICE OF CHANGE OF COUNSEL,
STIPULATED REQUEST, AND [PROPOSED]           2                CASE NO. CV 12-01468-JCS
ORDER

| | | |
|---|---|---|
| 1 | Dated: July 30, 2012 | FENWICK & WEST LLP |

By:    */s/ Andrew P. Bridges*
         Andrew P. Bridges

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

DEBEVOISE & PLIMPTON LLP

DAVID H. BERNSTEIN
(admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN
(admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

NOTICE OF CHANGE OF COUNSEL,
STIPULATED REQUEST, AND [~~PROPOSED~~]     3     CASE NO. CV 12-01468-JCS
ORDER

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATED REQUEST, IT IS SO ORDERED.**

4
5  Dated: 7/31/12  _____ 
   Joseph C. Spero
   Magistrate Judge

NOTICE OF CHANGE OF COUNSEL,
STIPULATED REQUEST, AND [PROPOSED]          4                CASE NO. CV 12-01468-JCS
ORDER

**ATTESTATION REGARDING CONCURRENCE**

I, Andrew P. Bridges, am the ECF User whose ID and password are being used to file this Notice of Change of Counsel and Stipulated Request and [Proposed] Order Approving Withdrawal of Counsel. In compliance with General Order 45, X.B., I hereby attest that other counsel whose e-signatures appear above have concurred with this filing.

Dated:   July 30, 2012                                          */s/ Andrew P. Bridges*
                                                                              Andrew P. Bridges

NOTICE OF CHANGE OF COUNSEL,
STIPULATED REQUEST, AND [PROPOSED]             5             CASE NO. CV 12-01468-JCS
ORDER