1   MARTIN R. GLICK (No. 40187)
    martin.glick@aporter.com
2   SARAH J. GIVAN (No. 238301)
    sarah.givan@aporter.com
3   ARNOLD & PORTER LLP
    Three Embarcadero Center, 7th Floor
4   San Francisco, California  94111-4024
    Telephone:     415.471-3100
5   Facsimile:     415.471-3400

6   Attorneys for Plaintiff
    THE CLOROX COMPANY

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  | THE CLOROX COMPANY, | No. CV 12-01468-JCS |
12  | Plaintiff, | **NOTICE OF WITHDRAWAL** |
13  | v. | |
14  | INDUSTRIAS ALEN, S.A. DE C.V, and ALEN USA, L.P. | |
15  | | |
16  | Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

1       TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that after today, August 1, 2012, Jaime M. Huling Delaye will no

3 longer serve as counsel for Plaintiff The Clorox Company, as she is leaving the law firm of Arnold

4 & Porter LLP.

5       Pursuant to General Order No. 45, please remove Ms. Huling Delaye from the service list in

6 this case so that she will no longer receive Notices of Electronic Filing related to this case.

7       The law firm of Arnold & Porter LLP will continue to represent Plaintiff.  Please continue to

8 direct all future service to Martin R. Glick and Sarah J. Givan of Arnold & Porter LLP.

9 DATED:  August 1, 2012.

10                            ARNOLD & PORTER LLP

11

12                            By: _____ */s/ Jaime M. Huling Delaye*_____
                                    JAIME M. HULING DELAYE

13                          Attorneys for Plaintiff THE CLOROX

14                          COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28