ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for DEFENDANTS
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.<br><br>    Defendants. | Case No.: CV 12-01468-CRB<br><br>**NOTICE OF APPEARANCE OF SEBASTIAN KAPLAN ON BEHALF OF DEFENDANTS INDUSTRIAS ALEN, S.A. DE C.V. and ALEN USA, L.P.** |

SEBASTIAN KAPLAN of Fenwick & West LLP hereby enters his Appearance on behalf of Defendants Industrias AlEn, S.A. de C.V. and AlEn USA, L.P. for the purpose of receiving notices and orders from the Court.

Sebastian Kaplan: skaplan@fenwick.com; sellenburg@fenwick.com

Dated: August 7, 2012

Respectfully submitted,

FENWICK & WEST LLP

By: */s/Sebastian Kaplan*
    Sebastian Kaplan

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V., and
ALEN USA, L.P.