# EXHIBIT 1

Int. Cl.: 3

Prior U.S. Cl.: 52

**United States Patent and Trademark Office**  Reg. No. 1,771,020
Registered May 18, 1993

## TRADEMARK
### PRINCIPAL REGISTER

### PINE-SOL

CLOROX COMPANY, THE (DELAWARE CORPORATION)
1221 BROADWAY
OAKLAND, CA 94612

FOR: GENERAL HOUSEHOLD CLEANER, IN CLASS 3 (U.S. CL. 52).

FIRST USE 6-28-1956; IN COMMERCE 6-28-1956.

OWNER OF U.S. REG. NO. 672,626.

SER. NO. 74-323,164, FILED 10-19-1992.

JEFFREY SMITH, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Mar 19 04:05:45 EDT 2011

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status** | **ASSIGN Status** | **TDR** | **TTAB Status** ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| **Word Mark** | PINE-SOL |
| **Goods and Services** | IC 003. US 052. G & S: general household cleaner. FIRST USE: 19560628. FIRST USE IN COMMERCE: 19560628 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74323164 |
| **Filing Date** | October 19, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 23, 1993 |
| **Registration Number** | 1771020 |
| **Registration Date** | May 18, 1993 |
| **Owner** | (REGISTRANT) Clorox Company, The CORPORATION DELAWARE 1221 Broadway Oakland CALIFORNIA 94612 |
| **Prior Registrations** | 0672626 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20030326. |
| **Renewal** | 1ST RENEWAL 20030326 |
| **Live/Dead Indicator** | LIVE |

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **TOP** | **HELP**

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-03-21 17:55:08 ET

Serial Number: 74323164 Assignment Information        Trademark Document Retrieval

Registration Number: 1771020

Mark (words only): PINE-SOL

Standard Character claim: No

Current Status: The registration has been renewed.

Date of Status: 2003-03-26

Filing Date: 1992-10-19

Transformed into a National Application: No

Registration Date: 1993-05-18

Register: Principal

Law Office Assigned: LAW OFFICE 12

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 40S -Scanning On Demand

Date In Location: 2009-02-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Clorox Company, The

**Address:**
Clorox Company, The
1221 Broadway
Oakland, CA 94612
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
general household cleaner
**Basis:** 1(a)
**First Use Date:** 1956-06-28
**First Use in Commerce Date:** 1956-06-28

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
672626

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-02-24 - Case File In TICRS

2003-03-26 - First renewal 10 year

2003-03-26 - Section 8 (10-year) accepted/ Section 9 granted

2003-01-23 - Combined Section 8 (10-year)/Section 9 filed

2003-01-23 - TEAS Section 8 & 9 Received

1998-09-26 - Section 8 (6-year) accepted & Section 15 acknowledged

1998-07-02 - Section 8 (6-year) and Section 15 Filed

1993-05-18 - Registered - Principal Register

1993-02-23 - Published for opposition

1993-01-22 - Notice of publication

1993-01-06 - Approved for Pub - Principal Register (Initial exam)

1993-01-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
BARBARA ELLEN
THE CLOROX COMPANY
1221 BROADWAY
OAKLAND CA 94612

 United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 74323164

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.1
Web interface last modified: Apr 30, 2009 v.2.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT