# EXHIBIT 2

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,798,766
Registered Dec. 23, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## PINE-SOL

CLOROX COMPANY, THE (DELAWARE CORPORATION)
1221 BROADWAY
OAKLAND, CA 94612

FOR: FLOOR CLEANER, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 6-20-2003; IN COMMERCE 6-20-2003.

OWNER OF U.S. REG. NOS. 672,626, 2,472,460, AND OTHERS.

SN 76-393,309, FILED 4-8-2002.

LESLIE RICHARDS, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Mar 19 04:05:45 EDT 2011

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

[ Logout ] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status** | **ASSIGN Status** | **TDR** | **TTAB Status** ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | PINE-SOL |
| Goods and Services | IC 003. US 001 004 006 050 051 052. G & S: FLOOR CLEANER. FIRST USE: 20030620. FIRST USE IN COMMERCE: 20030620 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76393309 |
| Filing Date | April 8, 2002 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | November 26, 2002 |
| Registration Number | 2798766 |
| Registration Date | December 23, 2003 |
| Owner | (REGISTRANT) CLOROX COMPANY, THE CORPORATION DELAWARE 1221 Broadway Oakland CALIFORNIA 94612 |
| Attorney of Record | TIM J HUMPHREY |
| Prior Registrations | 0672626;1771020;2472451;2472460;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |

| Live/Dead Indicator | LIVE |
|---|---|

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-03-21 17:56:41 ET

Serial Number: 76393309 Assignment Information          Trademark Document Retrieval

Registration Number: 2798766

Mark (words only): PINE-SOL

Standard Character claim: No

Current Status: A Sections 8 and 15 combined declaration has been accepted and acknowledged.

Date of Status: 2009-01-24

Filing Date: 2002-04-08

Transformed into a National Application: No

Registration Date: 2003-12-23

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2009-01-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CLOROX COMPANY, THE

**Address:**
CLOROX COMPANY, THE
1221 Broadway
Oakland, CA 94612
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
FLOOR CLEANER
**Basis:** 1(a)
**First Use Date:** 2003-06-20
**First Use in Commerce Date:** 2003-06-20

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
672626
1771020
2472451
2472460

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.

2009-01-24 - Section 8 (6-year) accepted & Section 15 acknowledged

2009-01-06 - Assigned To Paralegal

2008-12-23 - TEAS Section 8 & 15 Received

2003-12-23 - Registered - Principal Register

2003-10-01 - Allowed for Registration - Principal Register (SOU accepted)

2003-10-01 - Assigned To Examiner

2003-09-24 - Case File In TICRS

2003-08-13 - Statement Of Use Processing Complete

2003-07-23 - Use Amendment Filed

2003-07-23 - TEAS Statement of Use Received

2003-02-18 - NOA Mailed - SOU Required From Applicant

2002-11-26 - Published for opposition

2002-11-06 - Notice of publication

2002-09-19 - Approved For Pub - Principal Register

2002-08-29 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
TIM J HUMPHREY

**Correspondent**
TIM J HUMPHREY
THE CLOROX CO
1221 BROADWAY
OAKLAND CA 94612
Phone Number: 510-271-7326
Fax Number: 510-271-1652

---

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 76393309

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.1
Web interface last modified: Apr 30, 2009 v.2.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT