# EXHIBIT 3

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,472,451
Registered July 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## POWER OF PINE-SOL

CLOROX COMPANY, THE (DELAWARE CORPORATION)
1221 BROADWAY
OAKLAND, CA 94612

FOR: HOUSEHOLD CLEANING COMPOSITIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-2-2000; IN COMMERCE 10-2-2000.

OWNER OF U.S. REG. NOS. 672,626 AND 1,771,020.

SN 76-004,149, FILED 3-20-2000.

JUDITH GRUNDY, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Mar 19 04:05:45 EDT 2011

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TARR Status** | **ASSIGN Status** | **TDR** | **TTAB Status** ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | POWER OF PINE-SOL |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: HOUSEHOLD CLEANING COMPOSITIONS. FIRST USE: 20001002. FIRST USE IN COMMERCE: 20001002 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76004149 |
| **Filing Date** | March 20, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 28, 2000 |
| **Registration Number** | 2472451 |
| **Registration Date** | July 24, 2001 |
| **Owner** | (REGISTRANT) Clorox Company, The CORPORATION DELAWARE 1221 Broadway Oakland CALIFORNIA 94612 |
| **Attorney of Record** | STEPHEN M. WESTBROOK |
| **Prior Registrations** | 0672626;1771020 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100925. |
| **Renewal** | 1ST RENEWAL 20100925 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-03-21 17:58:22 ET

Serial Number: 76004149   Assignment Information   Trademark Document Retrieval

Registration Number: 2472451

Mark (words only): POWER OF PINE-SOL

Standard Character claim: No

Current Status: The registration has been renewed.

Date of Status: 2010-09-25

Filing Date: 2000-03-20

Transformed into a National Application: No

Registration Date: 2001-07-24

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: (NOT AVAILABLE)

Date In Location: 2010-09-25

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Clorox Company, The

**Address:**
Clorox Company, The
1221 Broadway
Oakland, CA 94612
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
HOUSEHOLD CLEANING COMPOSITIONS
**Basis:** 1(a)
**First Use Date:** 2000-10-02
**First Use in Commerce Date:** 2000-10-02

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
672626
1771020

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-09-25 - First renewal 10 year

2010-09-25 - Section 8 (10-year) accepted/ Section 9 granted

2010-09-25 - Case Assigned To Post Registration Paralegal

2010-09-24 - TEAS Section 8 & 9 Received

2007-07-31 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-07-24 - Assigned To Paralegal

2007-06-28 - Section 8 (6-year) and Section 15 Filed

2007-06-28 - TEAS Section 8 & 15 Received

2007-04-25 - Case File In TICRS

2001-07-24 - Registered - Principal Register

2001-04-05 - Allowed for Registration - Principal Register (SOU accepted)

2001-04-05 - Assigned To Examiner

2001-04-04 - Assigned To Examiner

2001-04-01 - Statement Of Use Processing Complete

2001-02-20 - Use Amendment Filed

2001-02-20 - NOA Mailed - SOU Required From Applicant

2000-11-28 - Published for opposition

2000-10-27 - Notice of publication

2000-09-21 - Approved For Pub - Principal Register

2000-09-11 - Examiner's amendment mailed

2000-09-07 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
STEPHEN M. WESTBROOK

**Correspondent**
BARBARA ELLEN
THE CLOROX CO
1221 BROADWAY

OAKLAND, CA 94612

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 76004149

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.1
Web interface last modified: Apr 30, 2009 v.2.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT