# EXHIBIT 4

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

Reg. No. 2,472,460

## United States Patent and Trademark Office

Registered July 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## THE POWER OF PINE-SOL THE SMELL OF CLEAN

CLOROX COMPANY, THE (DELAWARE CORPORATION)
1221 BROADWAY
OAKLAND, CA 94612

FOR: HOUSEHOLD CLEANING COMPOSITIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-2-2000; IN COMMERCE 10-2-2000.

OWNER OF U.S. REG. NOS. 672,626 AND 1,771,020.

SN 76-022,270, FILED 4-10-2000.

JUDITH GRUNDY, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Mar 19 04:05:45 EDT 2011

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| Word Mark | THE POWER OF PINE-SOL THE SMELL OF CLEAN |
| Goods and Services | IC 003. US 001 004 006 050 051 052. G & S: HOUSEHOLD CLEANING COMPOSITIONS. FIRST USE: 20001002. FIRST USE IN COMMERCE: 20001002 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76022270 |
| Filing Date | April 10, 2000 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | November 28, 2000 |
| Registration Number | 2472460 |
| Registration Date | July 24, 2001 |
| Owner | (REGISTRANT) Clorox Company, The CORPORATION DELAWARE 1221 Broadway Oakland CALIFORNIA 94612 |
| Prior Registrations | 0672626;1771020 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100925. |
| Renewal | 1ST RENEWAL 20100925 |

**Live/Dead Indicator**     LIVE

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2011-03-21 17:59:35 ET

Serial Number: 76022270 Assignment Information        Trademark Document Retrieval

Registration Number: 2472460

Mark (words only): THE POWER OF PINE-SOL THE SMELL OF CLEAN

Standard Character claim: No

Current Status: The registration has been renewed.

Date of Status: 2010-09-25

Filing Date: 2000-04-10

Transformed into a National Application: No

Registration Date: 2001-07-24

Register: Principal

Law Office Assigned: LAW OFFICE 106

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: (NOT AVAILABLE)

Date In Location: 2010-09-25

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Clorox Company, The

**Address:**
Clorox Company, The
1221 Broadway
Oakland, CA 94612
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
HOUSEHOLD CLEANING COMPOSITIONS
**Basis:** 1(a)
**First Use Date:** 2000-10-02
**First Use in Commerce Date:** 2000-10-02

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
672626
1771020

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2010-09-25 - First renewal 10 year

2010-09-25 - Section 8 (10-year) accepted/ Section 9 granted

2010-09-25 - Case Assigned To Post Registration Paralegal

2010-09-24 - TEAS Section 8 & 9 Received

2007-07-23 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-07-23 - Assigned To Paralegal

2007-06-28 - Section 8 (6-year) and Section 15 Filed

2007-06-28 - TEAS Section 8 & 15 Received

2007-04-25 - Case File In TICRS

2001-07-24 - Registered - Principal Register

2001-04-05 - Allowed for Registration - Principal Register (SOU accepted)

2001-04-05 - Assigned To Examiner

2001-03-26 - Assigned To Examiner

2001-03-21 - Statement Of Use Processing Complete

2001-03-05 - Use Amendment Filed

2001-02-20 - NOA Mailed - SOU Required From Applicant

2000-11-28 - Published for opposition

2000-10-27 - Notice of publication

2000-09-21 - Approved For Pub - Principal Register

2000-09-11 - Examiner's amendment mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
BARBARA ELLEN
THE CLOROX CO
1221 BROADWAY
OAKLAND, CA 94612



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 76022270

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.1
Web interface last modified: Apr 30, 2009 v.2.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT