# EXHIBIT 5

NEW

ALEn

Dissolves easily
Fácil disolución

PiNOL

LAUNDRY DETERGENT
DETERGENTE DE LAVANDERIA

fresh & clean aroma

www.pinol.com

bio-degradable
Phosphate free
Sin fosfatos

KEEP OUT OF REACH OF CHILDREN
CAUTION: EYE IRRITANT. HARMFUL IF SWALLOWED
PRECAUCION: IRRITANTE DE OJOS. DAÑINO SI SE INGIERE.

NET WT. 15.87 OZ (450 g)