# EXHIBIT 6

Search..    Submit Query

Contact Us
- AlEn Brand Sites
    - Pinalen Pine Cleaners
    - Xtra-Pine All Purpose Cleaners
    - Ensueño Fabric Softner

AlEn Mexico

Our Company  Categories  Brands  Innovations  Partners
Home : Brands : Pinol®   Print   Share

# Pinol® Laundry Detergent + Pinol® Liquid Soap



More info:
- MSDS Pinol® Laundry Detergent



Pinol® Laundry Detergent + Pinol® Liquid Soap are powerful solutions in the laundry room that eliminate even the toughest stains on white and colored clothes.

**BENEFITS**

- Deep Cleaning Power
- For White and Colored Clothes
- Eliminates Difficult Stains
- Fresh & Clean aroma and NOW available in a great Floral aroma
- Easy to Dissolve Formula
- Does Not Leave Residue
- Biodegradable
- Phosphate Free Formula

**Boosters on your washing process:**

You can improve your washing process with the following tips, especially when you have a difficult stain:

- **Pinol® Laundry Detergent + Cloralex®**: Makes your whites even whiter and eliminates difficult stains – your family will be looking good.
- **Pinol® Laundry Detergent + Pinalen®**: Eliminate greasy stains from your favorite white or colored clothes.
- **Pino®l Laundry Detergent + Pinol® Liquid Soap**: Removes dirt from shirt collars and cuffs.

**Tips**

**Refreshing white clothes for seasonal changes**
When your white clothes have been in the closet or drawer for a long time, we recommend you to use Pinol® Laundry Detergent with one cup of Cloralex® in your large load of clothes.

**Bad odors on your exercise clothes**
If your family's exercise clothes has bad odors, Pinol® Laundry Detergent can eliminate this without any problem. Just add Pinol® Laundry Detergent and one cup of Pinalen® on your medium load and say bye bye to those bad odors.

**Baby clothes**
As your baby becomes a toddler, a healthy diet of fruits and vegetables is important. With Pinol® Laundry Detergent + Cloralex® Color, you can eliminate stains that occur from a messy feeding.



**Pinalen® Videos**
See the versatility of Pinalen® in action.

Watch Videos



**Pinol® is on Facebook**
"Like" our page for coupons and more.

Be a Fan



**Xtra-Pine® Videos**
See our products in action.

Watch Videos



**Super Savings**
Download coupons and save money.

Learn More

© 2012. All rights reserved. AlEn USA. Legal Notice | Privacy Policy
Designed by Savage
Home
Our Company

Categories
Brands
Innovations
Partners

- Contact Us
- AlEn Mexico
- Advanced Search
- Legal Notice
- Privacy Policy

Subscribe for eNewslettersCoupons & Promotions