# EXHIBIT 7

Search..    Submit Query

Contact Us
- AlEn Brand Sites
    - Cloralex Bleach Products
    - Ensueño Fabric Softner
    - Pinalen Pine Cleaners
    - Xtra-Pine All Purpose Cleaners

AlEn Mexico

Our Company Categories Brands Innovations Partners

Home : Brands : Buy in Stores  Print  Share

# Buy in Stores

Use the product locator below to find your favorite AlEn brand in a store near you.

# PINOL LIQUID SOAP 33.8 OZ near San Francisco CA 94111

| STORE | DISTANCE | MAP |
|---|---|---|
| Foods Co<br>1800 Folsom St<br>San Francisco CA 94103-4235<br>(415) 5589137 | 1.7 mi S | Google  Yahoo |
| Foods Co<br>345 Williams Ave<br>San Francisco CA 94124-2547<br>(415) 3301870 | 3.5 mi S | Google  Yahoo |
| Foods Co<br>1250 MacDonald Ave<br>Richmond CA 94801-3118<br>(510) 4124444 | 7.8 mi N | Google  Yahoo |





**Cloralex® Videos**

Learn how Cloralex® can deep clean.

Watch Videos



**Pinol® is on Facebook**

"Like" our page for coupons and more.

Be a Fan



**Pinalen® Videos**

See the versatility of Pinalen® in action.

[Watch Videos](#)

© 2012. All rights reserved. AlEn USA. Legal Notice | Privacy Policy
Designed by Savage
Home
Our Company
Categories
Brands
Innovations
Partners

- Contact Us
- AlEn Mexico
- Advanced Search
- Legal Notice
- Privacy Policy

Subscribe for eNewslettersCoupons & Promotions