1 MARTIN R. GLICK (No. 40187)
   martin.glick@aporter.com
2 SARAH J. GIVAN (No. 238301)
   sarah.givan@aporter.com
3 MARC PRICE WOLF (No. 254495)
   marc.pricewolf.aporter.com
4 ARNOLD & PORTER LLP
   Three Embarcadero Center, 7th Floor
5 San Francisco, California  94111-4024
   Telephone:     415/434-1600
6 Facsimile:     415/677-6262
   Attorneys for Plaintiff
7 THE CLOROX COMPANY

8 ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
9 JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
10 ERIN SIMON (CSB No. 268929)
   esimon@fenwick.com
11 FENWICK & WEST LLP
   555 California Street, 12th Floor
12 San Francisco, CA  94104
   Telephone: 415.875.2300
13 Facsimile:  415.281.1350

14 DAVID H. BERNSTEIN (admitted *pro hac vice*)
   dhbernstein@debevoise.com
15 ANDREW M. COHEN (admitted *pro hac vice*)
   amcohen@debevoise.com
16 DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
17 New York, New York 10022
   Telephone: 212.909.6696
18 Facsimile:  212.521.7696
   Attorneys for Defendant
19 ALEN USA, L.P.

20                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
21                   SAN FRANCISCO DIVISION

22 | THE CLOROX COMPANY, | No. 12-cv-01468-JCS |
23 | Plaintiff, | STIPULATION RE FIRST AMENDED COMPLAINT AND AMENDED COUNTERCLAIMS |
24 | v. | |
25 | INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P. | [PROPOSED] ORDER |
26 | | |
27 | Defendants. | |

28

1    WHEREAS, Plaintiff The Clorox Company ("Clorox") and Defendant AlEn USA, L.P.

2    ("AlEn USA") are presently named parties in the above named litigation;

3    WHEREAS, Clorox filed its Complaint on March 23, 2012;

4    WHEREAS, Industrias AlEn, S.A. DE C.V. ("Industrias AlEn") timely filed a motion to

5    dismiss on June 27, 2012, which motion is now fully briefed and scheduled for oral argument on

6    September 7, 2012;

7    WHEREAS, AlEn USA timely filed its Answer on June 28, 2012;

8    WHEREAS, AlEn USA timely filed its First Amended Answer and Counterclaims on July 19,

9    2012;

10    WHEREAS, Clorox desires to file a First Amended Complaint in the above-named litigation,

11    as shown in Exhibit A to this Stipulation; and

12    WHEREAS, AlEn USA desires to file First Amended Counterclaims in the above-named

13    litigation;

14    NOW, THEREFORE, Clorox and AlEn USA agree as follows:

15    1.    AlEn USA consents to the filing of the First Amended Complaint shown in Exhibit A to

16    this Stipulation.  Clorox shall file the First Amended Complaint on August 17, 2012.

17    2.    The First Amended Complaint does not moot or otherwise affect the pending Motion to

18    Dismiss filed by Industrias AlEn.

19    3.    Clorox need not respond to AlEn USA's Counterclaims filed on July 19, 2012.

20    4.    AlEn USA will amend its Counterclaims when it answers Clorox's First Amended

21    Complaint, which it shall do on or before August 23, 2012.  AlEn USA will not move against the

22    First Amended Complaint.

23    5.    Clorox will answer AlEn USA's First Amended Counterclaims on or before August 30,

24    2012.  Clorox will not move against the First Amended Counterclaims.

25

26

27

28

STIP. RE FIRST AMD'D COMPLT & AMD'D CCLAIMS; [PROPOSED] ORDER  12-CV-01468-JCS

23719665v1

1   DATED:   August 16, 2012          ARNOLD & PORTER LLP

2
                                      By: /s/ Martin R. Glick
3                                         MARTIN R. GLICK

4                                     Attorneys for Plaintiff
                                      THE CLOROX COMPANY
5

6   DATED:   August 16, 2012          FENWICK & WEST LLP

7
                                      By: /s/ Andrew P. Bridges
8                                         ANDREW P. BRIDGES
                                          JEDEDIAH WAKEFIELD
9                                         ERIN SIMON

10                                    DEBEVOISE & PLIMPTON LLP
                                          DAVID H. BERNSTEIN
11                                        ANDREW M. COHEN

12                                    Attorneys for Defendant
                                      ALEN USA, L.P.
13

14              <u>**ATTESTATION REGARDING CONCURRENCE**</u>

15          I, Andrew P. Bridges, am the ECF User whose ID and password are being used to file this

16   Stipulation Re First Amended Complaint and Amended Counterclaims.  In compliance with General

17   Order 45, X.B., I hereby attest that other counsel whose e-signatures appear above have concurred

18   with this filing.

19   Dated:   August 16, 2012                    /s/ Andrew P. Bridges
                                                  Andrew P. Bridges
20

21

22                              [~~PROPOSED~~] ORDER

23   **IT IS SO ORDERED** this _21st_ day of August, 2012.

24

25
                                      _____
26                                    The                      J.C. Spero
                                      United States    Court Magistrate Judge
27                                    Northern District of California

28