# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 12-01468 JCS**

**CASE NAME:  THE CLOROX CO v. INDUSTRIAS ALEN**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: September 7, 2012    **TIME: 24 M** | **COURT REPORTER**: Connie Kuhl |
| **COUNSEL FOR PLAINTIFF:**<br>Martin Glick & Sarah Givan | **COUNSEL FOR DEFENDANT:**<br>Andrew Bridges & Jedediah Wakefield |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion to Dismiss [docket no. 29] | Continued (16 M) |
| 2. Case Management Conference | Held (8 M) |

**ORDERED AFTER HEARING:**

Counsel shall stipulate to a new discovery schedule and briefing schedule for dispositive motions, with the last brief to be due four (4) weeks prior to the scheduled hearing date. Dispositive motions should be heard mid-August 2013.

**NOTES:**  Court had originally adopted the dates in the joint cmc statement prior to the trial being rescheduled for Dec. 2013.

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant      (X) Court

**CASE CONTINUED TO:**    10/05/12 at 9:00 a.m., (special setting) for continued hearing on Motion to Dismiss

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:         at 9:30 a.m. | | Pretrial Conference: 11/15/13 at 1:30 p.m. |

**Trial Date:    12/2/13 at 8:30 a.m.  (X)Jury     ()Court    Set for 8 days**

**cc:**        Chambers; Karen
* (T) = Telephonic Appearance