MARTIN R. GLICK (No. 40187)
martin.glick@aporter.com
SARAH J. GIVAN (No. 238301)
sarah.givan@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262

Attorneys for Plaintiff
THE CLOROX COMPANY

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
ANDREW M. COHEN (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> INDUSTRIAS ALEN, S.A. DE C.V, and ALEN USA, L.P., <br><br> Defendants. | Case No.: 12-cv-01468-JCS <br><br> **JOINT STIPULATION REVISING SCHEDULE FOR DISCOVERY AND DISPOSITIVE MOTIONS & [PROPOSED] ORDER** <br><br> Judge: Hon. Joseph C. Spero <br> Trial Date: December 2, 2013 <br> Date Action Filed: March 23, 2012 |

Pursuant to the Court's September 11, 2012 Case Management and Pretrial Order (Jury) (Dkt. No. 56), the parties hereby jointly propose the following revised schedule for discovery and dispositive motions. The parties have also proposed a revised date for the final pretrial conference, moving it a week earlier from November 15, 2013 to November 8, 2013. The trial date is unchanged.

| | | |
|---|---|---|
| 1. | Initial Disclosures: | June 29, 2012 |
| 2. | Fact discovery cut-off: | March 1, 2013 |
| 3. | Initial Expert designations for the party bearing the burden of proof: | March 8, 2013 |
| 4. | Rebuttal Expert designations for the party bearing the burden of proof and Initial Expert designations for the responding party: | April 5, 2013 |
| 5. | Rebuttal Expert designations for the responding party: | May 3, 2013 |
| 6. | Expert discovery cut-off: | May 24, 2013 |
| 7. | Dispositive motion filing cut-off: | May 31, 2013 |
| 8. | Dispositive motion opposition cut-off: | June 28, 2013 |
| 9. | Dispositive motion reply brief deadline: | July 12, 2013 |
| 10. | Dispositive motion hearing cut-off: | August 9, 2013 |
| 11. | Pretrial Conference: | November 8, 2013 |
| 12. | Trial: | December 2, 2013 |

**IT IS SO STIPULATED:**

DATED: October 4, 2012.          ARNOLD & PORTER LLP

By: /s/ *Martin R. Glick*
    MARTIN R. GLICK
    SARAH J. GIVAN

Attorneys for Plaintiff
THE CLOROX COMPANY

FENWICK & WEST LLP

By: /s/ *Jedediah Wakefield*
ANDREW P. BRIDGES
JEDEDIAH WAKEFIELD
ERIN SIMON

DEBEVOISE & PLIMPTON LLP
DAVID H. BERNSTEIN
ANDREW M. COHEN

Attorneys for Defendants INDUSTRIAS ALEN, S.A. DE C.V. and ALEN USA, L.P.

## ATTESTATION REGARDING CONCURRENCE

I, Jedediah Wakefield, am the ECF User whose ID and password are being used to file this Joint Stipulation Revising Schedule for Discovery and Dispositive Motions & [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that other counsel whose e-signatures appear above have concurred with this filing.

Dated: October 4, 2012            */s/ Jedediah Wakefield*
                                  Jedediah Wakefield

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATED REQUEST, IT IS SO ORDERED.**

Dated: _____   _____
                                                  The Honorable Joseph C. Spero
                                                  United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION REVISING
SCHEDULE & [PROPOSED] ORDER

Case No.: 12-cv-01468-JCS