MARTIN R. GLICK (No. 40187)
martin.glick@aporter.com
SARAH J. GIVAN (No. 238301)
sarah.givan@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262

Attorneys for Plaintiff
THE CLOROX COMPANY

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P. <br><br> Defendants. | No. 12-cv-01468-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY** |

The parties submit this stipulation to request a ninety day extension of the fact and expert discovery schedule, and a concomitant extension of the pretrial conference and trial date in this matter.

As the Court will recall, this is a trademark case involving Plaintiff's PINE-SOL and Defendant's PINOL brand. In October, the parties stipulated to a schedule setting a fact discovery cutoff of March 1, 2013. Dkt. 59. The parties have diligently pursued discovery, but despite their best efforts no longer believe that they will be able to complete fact discovery by that deadline. Discovery has been more complex than the parties initially anticipated, with discovery issues spanning long periods of time, predecessor and affiliated companies, documents located abroad, and foreign language issues. In addition, the parties have been working to narrow or resolve discovery disputes, including through in-person meetings, over the past several months. Those efforts have significantly narrowed the areas of dispute, but have consumed more time than originally anticipated.

The parties believe that an additional ninety days will be required to complete fact discovery in meaningful and efficient manner. As that extension will necessitate extending deadlines for expert discovery and dispositive motion briefing, and being mindful of the Court's requirement to schedule dispositive motion hearings at least 90 days before the final pretrial conference, the parties respectfully propose the following revisions to the current schedule:[1]

| Item | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact discovery cut-off | Friday, March 01, 2013 | Wednesday, May 29, 2013 |
| Initial Expert designations for the party bearing the burden of proof | Friday, March 8, 2013 | Friday, June 07, 2013 |
| Rebuttal Expert designations for the party bearing the burden of proof and Initial | Friday, April 5, 2013 | Friday, July 05, 2013 |

---

[1] The parties have extended all deadlines by three months, and have added an additional two days between the fact discovery cut-off and the date of expert designations to align the schedule to Friday deadlines.

STIPULATION AND [PROPOSED] ORDER
EXTENDING DISCOVERY       1       CASE NO. 12-CV-01468-JCS

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert designations for the responding party | | |
| Rebuttal Expert designations for the responding party | Friday, May 3, 2013 | Friday, August 02, 2013 |
| Expert discovery cut-off | Friday, May 24, 2013 | Friday, August 23, 2013 |
| Dispositive motion filing cut-off | Friday, May 31, 2013 | Friday, August 30, 2013 |
| Dispositive motion opposition cut-off | Friday, June 28, 2013 | Friday, September 27, 2013 |
| Dispositive motion reply brief deadline | Friday, July 12, 2013 | Friday, October 11, 2013 |
| Dispositive motion hearing cut-off | Friday, August 09, 2013 | Friday, ~~November 08, 2013~~ December 6, 2013 at 9:30 AM - JCS |
| Pretrial Conference | Friday, November 08, 2013 | Friday, ~~February 07, 2014~~ February 21, 2014 at 1:30 PM - JCS |
| Trial | Monday, December 02, 2013 | Monday, ~~March 03, 2014~~ March 10, 2014 at 8:30 AM - JCS |

Respectfully,

DATED:  January 22, 2013.                ARNOLD & PORTER LLP


By: */s/ Sarah J. Givan*
    MARTIN R. GLICK
    SARAH J. GIVAN

Attorneys for Plaintiff
THE CLOROX COMPANY

FENWICK & WEST LLP

By: */s/ Andrew P. Bridges*
    ANDREW P. BRIDGES
    JEDEDIAH WAKEFIELD
    SEBASTIAN KAPLAN
    ERIN SIMON

DEBEVOISE & PLIMPTON LLP
    DAVID H. BERNSTEIN

Attorneys for Defendant AlEn USA, L.P.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Andrew P. Bridges, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY.** In compliance with General Order 45.X.B, I hereby attest that Sarah J. Givan has concurred in this filing.

*/s/ Andrew P. Bridges*
Andrew P. Bridges

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated: January 23, 2013

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Joseph C. Spero]*

UNITED STATES MAGISTRATE JUDGE SPERO