Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>                                   Plaintiff(s),<br><br>         v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V.<br>and ALEN USA, L.P.,<br><br>                                   Defendant(s). | Case No: 3:12-cv-01468<br><br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>**PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Jennifer Insley-Pruitt, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Industrias Alen, S.A. de C.V. & ALEN USA, L.P. in the above-entitled action. My local co-counsel in this case is Andrew P. Bridges, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Debevoise & Plimpton LLP<br>919 Third Ave.<br>New York, NY 10022 | Fenwick & West LLP<br>555 California Street<br>San Francisco, CA  94104 |
| My telephone # of record:<br>(212) 909-6000 | Local co-counsel's telephone # of record:<br>(415) 875-2300 |
| My email address of record:<br>jinsleypruitt@debevoise.com | Local co-counsel's email address of record:<br>abridges@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4715140.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/11/13

                                                                 Jennifer Insley-Pruitt
                                                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer Insley-Pruitt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 02/12/13

                                                       Judge Joseph C. Spero
                                          UNITED STATES MAGISTRATE JUDGE