| | |
|---|---|
| 1 | MARTIN R. GLICK (No. 40187) |
| | martin.glick@aporter.com |
| 2 | SARAH J. GIVAN (No. 238301) |
| | sarah.givan@aporter.com |
| 3 | ARNOLD & PORTER LLP |
| | Three Embarcadero Center, 7th Floor |
| 4 | San Francisco, California  94111-4024 |
| | Telephone:     415.471-3100 |
| 5 | Facsimile:      415.471-3400 |
| 6 | AMIE L. MEDLEY (No. 266586) |
| | amie.medley@aporter.com |
| 7 | ARNOLD & PORTER LLP |
| | 777 South Figueroa Street, 44th Floor |
| 8 | Los Angeles, CA 90017-5844 |
| | Telephone:     213.243-4000 |
| 9 | Facsimile:      213.243-4199 |
| 10 | Attorneys for Plaintiff |
| | THE CLOROX COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>                        Plaintiff,<br><br>          v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V, and ALEN USA, L.P.<br><br>                        Defendants. | Case No.: CV 12-01468-CRB<br><br>**NOTICE OF APPEARANCE FOR AMIE L. MEDLEY** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Amie L. Medley hereby enters her appearance on behalf of Plaintiff The Clorox Company in the above-captioned action.

Counsel is a member of the State Bar of California and is admitted to practice in the Northern District of California.  Her mailing and email address and telephone and fax numbers are as follows:

33333456v1

Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
amie.medley@aporter.com
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Please serve said counsel with all pleadings and notices in this action.

Dated:  February 14, 2013           ARNOLD & PORTER LLP
                                    MARTIN R. GLICK
                                    SARAH J. GIVAN
                                    AMIE L. MEDLEY


                                    By:  _____*/s/ Amie L. Medley*_____
                                              AMIE L. MEDLEY

                                    Attorneys for Plaintiff THE CLOROX COMPANY

- 1 -
NOTICE OF APPEARANCE FOR AMIE L. MEDLEY