ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
LAUREN E. KAPSKY (admitted *pro hac vice*)
amcohen@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:     212.909.6696
Facsimile:      212.521.7696

Attorneys for Defendants
INDUSTRIAS ALEN, S.A. DE C.V. and
ALEN USA, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and ALEN USA, L.P.<br><br>    Defendants.<br><br>ALEN USA, L.P.,<br><br>    Cross- claimant,<br><br>    v.<br><br>THE CLOROX COMPANY,<br><br>    Cross-defendant. | Case No.: CV 12-01468-JCS<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT LETTER CONTAINING CLOROX CONFIDENTIAL INFORMATION**<br><br>Courtroom: G, 15th Floor<br>Judge:       Joseph C. Spero |

1   Pursuant to Civil Local Rule 79-5(d) and General Order 62, AlEn USA, L.P. hereby
2   moves for an order permitting the parties to file Exhibit C to the attached Joint Letter Regarding
3   Discovery Disputes, and the portions of the letter discussing Exhibit C, under seal.  Exhibit C is a
4   document that Plaintiff The Clorox Company produced in discovery under the designation
5   "Highly Confidential – Attorney's Eyes Only," under the stipulated Protective Order in this case.
6   Accordingly, AlEn USA respectfully requests that the Court allow it to submit these
7   documents under seal until Clorox either justifies their retention under seal or withdraws their
8   confidentiality designation.

Dated:   February27, 2013          Respectfully submitted,

                                   FENWICK & WEST LLP


                                   By: */s/ Andrew P. Bridges*
                                       Andrew P. Bridges
                                       Jedediah Wakefield
                                       Sebastian E. Kaplan
                                       Erin Simon

                                       Attorneys for Defendants
                                       INDUSTRIAS ALEN, S.A. DE C.V., and
                                       ALEN USA, L.P.

ADMINISTRATIVE MOTION TO SEAL JOINT                    CASE NO.: CV 12-01468-CRB
LETTER REGARDING DISCOVERY DISPUTES