1  MARTIN R. GLICK (No. 40187)
   martin.glick@aporter.com
2  SARAH J. GIVAN (No. 238301)
   sarah.givan@aporter.com
3  ARNOLD & PORTER LLP
   Three Embarcadero Center, 7th Floor
4  San Francisco, California  94111-4024
   Telephone:    415.471-3100
5  Facsimile:    415.471-3400

6  AMIE L. MEDLEY (No. 266586)
   amie.medley@aporter.com
7  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
8  Los Angeles, CA 90017-5844
   Telephone:    213.243-4000
9  Facsimile:    213.243-4199

10 Attorneys for Plaintiff
   THE CLOROX COMPANY
11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15 | THE CLOROX COMPANY,              | Case No.: CV 12-01468-JCS
16 |                  Plaintiff,       | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT LETTER CONTAINING CLOROX CONFIDENTIAL INFORMATION**
17 |         v.                        |
18 | INDUSTRIAS ALEN, S.A. DE C.V, and |
   | ALEN USA, L.P.                    |
19 |                  Defendants.      |

33361647v1

1   As set forth in Defendant AlEn U.S.A., L.P.'s ("AlEn") Administrative Motion to File Under Seal Joint Letter Containing Clorox Confidential Information (Dkt. No. 66), the Declaration of Amie L. Medley In Support thereof, and pursuant to Civil Local Rules 7-11 and 79-5, AlEn has submitted to Judge's chambers confidential versions of the Joint Letter Regarding Discovery Disputes and the documents attached thereto as Exhibit C.

FOR GOOD CAUSE SHOWN, AlEn's Administrative Motion to File Under Seal Joint Letter Containing Clorox Confidential Information is GRANTED.  A confidential version of the above documents is to be filed under seal.

IT IS SO ORDERED.

DATED:  March  6 , 2013



HONORABLE JUDGE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE