1  MARTIN R. GLICK (No. 40187)
   martin.glick@aporter.com
2  TRACY TOSH LANE (No. 184666)
   tracy.lane@aporter.com
3  ARNOLD & PORTER LLP
   Three Embarcadero Center, 10th Floor
4  San Francisco, California 94111-4024
   Telephone:  415.471.3100
5  Facsimile:  415.471.3400

6  Attorneys for Plaintiff
   THE CLOROX COMPANY
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 THE CLOROX COMPANY,                          No. 12-cv-01468-JCS

12                 Plaintiff,                   **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF THE CLOROX COMPANY**
13        v.

14 INDUSTRIAS ALEN, S.A. DE C.V, and
   ALEN USA, L.P.
15
                   Defendants.
16

17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that The Clorox Company ("Clorox"), Plaintiff in the above-captioned matter, hereby substitutes Tracy Tosh Lane as one of its attorneys of record in this action in the place of Sarah J. Givan, who is no longer with Arnold & Porter LLP, counsel of record for Clorox. Martin R. Glick continues to represent Plaintiff in this matter. All pleadings, orders, and notices should henceforth be served as follows:

> Tracy Tosh Lane
> Arnold & Porter LLP
> Three Embarcadero Center, 10th Floor
> San Francisco, California 94111-4024
> Telephone: 415.471.3100
> Facsimile: 415.471.3400
> Email: tracy.lane@aporter.com

I am an active member in good standing of the State Bar of California and am admitted to practice before this Court.

DATED: March 11, 2013.

> MARTIN R. GLICK
> TRACY TOSH LANE
> ARNOLD & PORTER LLP
>
> By: _____/s/ *Tracy Tosh Lane*_____
>         TRACY TOSH LANE
>
> Attorneys for Plaintiff THE CLOROX COMPANY