Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Clorox

Plaintiff(s),

v.

Industrias AlEn, et al.

Defendant(s).

Case No: C12-1468 JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, John M. Murphy, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: AlEn USA, L.P. in the above-entitled action. My local co-counsel in this case is Andrew P. Bridges, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Arochi, Marroquín & Lindner S.C., Av. Insurgentes Sur 1605, Piso 20, Col. San José Insurgentes, 03900 México, D.F., Mexico | 555 California St., 12th Floor, San Francisco, CA 94104 |
| My Telephone # of Record: 011-52-55-5095-2031 | Local Co-Counsel's Telephone # of Record: (415) 875-2300 |
| My Email Address of Record: jmurphy@aml.com.mx | Local Co-Counsel's Email Address of Record: abridges@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6205192.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/22/13

John M. Murphy
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John M. Murphy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

John M. Murphy
Arochi, Marroquin & Lindner, S.C.
5802 Bob Bullock (Loop 20)
Building C1-56YI
Laredo, TX 78041

Chicago
Friday, February 01, 2013

In re: John Michael Murphy
Admitted: 11/8/1990
Attorney No. 6205192

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By _____
Roxanne Trenter
Deputy Registrar

RT