IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>    Plaintiff,<br><br>   v.<br><br>ALEN USA, L.P.,<br><br>    Defendant. | Case No.: C-12-01468 JCS<br><br>**ORDER** |

For the reasons stated on the record at the hearing, held on March 22, 2013, the Court orders as follows: (1) Clorox shall produce any evidence of actual confusion between the PINOL and PINE-SOL products in the Mexican market; (2) Clorox shall produce high level sales data on the two products by month for the last five years; and (3) Clorox shall respond to all requests for admissions.

IT IS SO ORDERED.

Dated: March 22, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE