# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO. C 12-01468 JCS**

**CASE NAME:** THE CLOROX CO v. INDUSTRIAS ALEN

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: March 22, 2013  **TIME:** 9:45-9:54 (4 M) | **COURT REPORTER**: Belle Ball |
| **COUNSEL FOR PLAINTIFF:**<br>Martin Glick &Tracy Lane | **COUNSEL FOR DEFENDANT:**<br>Andrew Bridges, Jedediah Wakefield<br>& Sebastian Kaplan |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Discovery Hearing re: Joint Letter [dkt no. 67] | Granted in part |

**ORDERED AFTER HEARING:**

Court will allow limited discovery into the Mexican market regarding any actual confusion of the two parties' products in Mexico, and high level sales data by month for the last five (5) years totals. Plaintiff must respond to all Request for Admissions.

___

**ORDER TO BE PREPARED BY:** () Plaintiff   () Defendant   ( ) Court

**CASE CONTINUED TO:** 12/6/13 at 9:30 AM for motions (already set)

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**   at 9:30 a.m. | | **Pretrial Conference:** at 1:30 p.m. |

**Trial Date:**   at 8:30 a.m.   ( )Jury   ()Court   Set for  days

**cc:**   **Chambers; Karen**
* (T) = Telephonic Appearance