|   |   |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
|   | GREGORY S. GILCHRIST (SBN 111536) |
| 2 | GIA L. CINCONE (SBN 141668) |
|   | RYAN BRICKER (SBN 269100) |
| 3 | Two Embarcadero Center, 8th Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 576-0200 |
|   | Facsimile: (415) 576-0300 |
| 5 | Email: ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com, |
|   |         rbricker@kilpatricktownsend.com |

Attorneys for Plaintiff
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THE CLOROX COMPANY, | Case No. 12-cv-01468 JCS |
|---|---|
| Plaintiff, | **THE CLOROX COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| INDUSTRIAS ALEN, S.A. de C.V., and ALEN USA, L.P., | |
| Defendants. | |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff The Clorox Company ("Clorox") notifies the Court that it believes another case pending in this District may be related to this case.

The later-filed case is *The Clorox Company v. Industrias Alen, S.A. de C.V., and Alen USA, L.P.*, Case No. 13-cv-01536-JST (hereinafter the "Cloralex Litigation"). The Cloralex Litigation involves substantially the same parties as this action. As in this action, Clorox has sued for trademark infringement and dilution, unfair competition, and false designation of origin. The trademarks involved are different. The Cloralex Litigation involves claims that Alen USA has breached a prior agreement and is violating Clorox's rights in its famous CLOROX® trademark by using the mark CLORALEX, while in this action, Clorox alleges that Alen USA is infringing

1 | Clorox's PINE-SOL® trademark by their use of PINOL on similar products. The parties' prior
2 | agreement is not at issue in the immediate action, but it has been the subject of discovery.
3 |     The overlapping parties and similar nature of the claims give rise to the possibility that there
4 | will be duplication of labor and expense if the cases are conducted before different Judges.

6 | DATED: April 8, 2013          Respectfully submitted,

By: */s/ Gregory S. Gilchrist*
Gregory S. Gilchrist
KILPATRICK TOWNSEND & STOCKTON LLP

Attorneys for Plaintiff
THE CLOROX COMPANY

65335313v1