MARTIN R. GLICK (No. 40187)
martin.glick@aporter.com
TRACY T. LANE (No. 184666)
tracy.lane@aporter.com
ADAM M. RAPP (No. 280824)
adam.rapp@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:   415.434.1600
Facsimile:   415.677.6262

RYAN M. NISHIMOTO (No. 235208)
ryan.nishimoto@aporter.com
AMIE L. MEDLEY (No. 266586)
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Attorneys for Plaintiff
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V, and ALEN USA, L.P.<br><br>        Defendants. | Case No.: CV 12-01468-CRB<br><br>**NOTICE OF APPEARANCE FOR ADAM M. RAPP** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Please take notice that Adam M. Rapp hereby enters his appearance on behalf of Plaintiff The Clorox Company in the above-captioned action.

33476289v1

NOTICE OF APPEARANCE FOR ADAM M. RAPP

Counsel is a member of the State Bar of California and is admitted to practice in the Northern District of California. His contact information is as follows:

Arnold & Porter LLP
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111
adam.rapp@aporter.com
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Please serve said counsel with all pleadings and notices in this action.

Dated: April 29, 2013

ARNOLD & PORTER LLP

By: _____
ADAM M. RAPP

Attorneys for Plaintiff THE CLOROX COMPANY

- 1 -
NOTICE OF APPEARANCE FOR ADAM M. RAPP