1 | MARTIN R. GLICK (No. 40187)
martin.glick@aporter.com
2 | TRACY T. LANE (No. 184666)
tracy.lane@aporter.com
3 | ADAM M. RAPP (No. 280824)
adam.rapp@aporter.com
4 | ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
5 | San Francisco, California 94111-4024
Telephone: 415.434.1600
6 | Facsimile: 415.677.6262

7 | RYAN M. NISHIMOTO (No. 235208)
ryan.nishimoto@aporter.com
8 | AMIE L. MEDLEY (No. 266586)
amie.medley@aporter.com
9 | ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
10 | Los Angeles, CA 90017-5844
Telephone: 213.243.4000
11 | Facsimile: 213.243.4199

12 | Attorneys for Plaintiff
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>               Plaintiff,<br><br>   v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V, and ALEN USA, L.P.<br><br>               Defendants. | Case No.: CV 12-01468-CRB<br><br>**NOTICE OF APPEARANCE FOR RYAN M. NISHIMOTO** |

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    Please take notice that Ryan M. Nishimoto hereby enters his appearance on behalf of

3  Plaintiff The Clorox Company in the above-captioned action.

4    Counsel is a member of the State Bar of California and is admitted to practice in the

5  Northern District of California.  His contact information is as follows:

6    Arnold & Porter LLP
    777 S. Figueroa Street, 44th Floor
7    Los Angeles, CA 90017
    ryan.nishimoto@aporter.com
8    Telephone: (213) 243-4000
    Facsimile: (213) 243-4199
9

10  Please serve said counsel with all pleadings and notices in this action.

11

12  Dated: May 6, 2013            ARNOLD & PORTER LLP

13

14                              By:    */s/Ryan M. Nishimoto*
                                      RYAN M. NISHIMOTO
15
                              Attorneys for Plaintiff THE CLOROX
16                              COMPANY

17

18

19

20

21

22

23

24

25

26

27

28