ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

John M. Murphy (admitted *pro hac vice*)
Aronchi, Marroquín & Lindner S.C.
Insurgentes Sur 1605 –Piso 20
Sol. San José Insurgentes
03900 México D.F.
Telephone: 52.55.41.70.20.50
Facsimile: 52.55.50.95.20.28

Attorneys for Defendant
ALEN USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEN USA, L.P.<br><br>        Defendants. | Case No.: CV 12-01468-JCS<br><br>**DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), AlEn USA, LLC, substituting in this Action for AlEn USA, L.P., voluntarily consents to have United States Magistrate Judge Joseph A. Spero conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

Dated: May 10, 2013               Respectfully,

FENWICK & WEST LLP

By: _/s/ Jedediah Wakefiled_
    Jedediah Wakefield

Attorneys for Defendant
ALEN USA, LLC

DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE    1    CASE NO.: CV 12-01468-JCS