1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  SEBASTIAN E. KAPLAN (CSB No. 248206)
   skaplan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  DAVID H. BERNSTEIN (admitted *pro hac vice*)
   dhbernstein@debevoise.com
8  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
9  New York, New York 10022
   Telephone:     212.909.6696
10 Facsimile:     212.521.7696

11 JOHN M. MURPHY (*admitted pro hac vice*)
   jmurphy@aml.com.mx
12 AROCHI, MARROQUIN & LINDNER, S.C.
   Insurgentes Sur 1605-Piso 20
13 Col. San Jose Insurgentes
   03900 Mexico D.F.
14 Telephone:     52.55.41.70.20.50
   Facsimile:     52.55.50.95.20.28
15
   Attorneys for Defendants
16 ALEN USA, LLC

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20 THE CLOROX COMPANY,              Case No.: CV 12-01468-JCS

21              Plaintiff,          **STIPULATION AND [~~PROPOSED~~] ORDER
                                    RE REQUEST TO SUBSTITUTE PARTY**
22      v.

23 ALEN USA, L.P.

24              Defendants.

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHERAS, AlEn USA, L.P. ("AlEn USA") has been named as a Defendant in this

2  action;

3    WHEREAS, at the time this suit was filed by the Clorox Company with this Court on

4  March 23, 2012, AlEn USA conducted business as a limited partnership under the name

5  AlEn USA, L.P;

6    WHEREAS, AlEn USA represents that it has lawfully converted to a limited liability

7  company and on December 21, 2012, the Texas Secretary of State issued a Certificate of

8  Conversion (attached hereto as Exhibit A) evidencing the filing by AlEn USA, L.P., and the

9  acceptance by the State of Texas of a conversion from a limited partnership to a limited

10  liability company, to be effective on January 1, 2013;

11    WHEREAS, as of January 1, 2013, AlEn USA represents that it now operates as a limited

12  liability company under the laws of the State of Texas as AlEn USA, LLC;

13    WHEREAS, to the extent the new limited liability company stands in the place of the

14  limited partnership, there has been a transfer of interest; and

15    WHEREAS, AlEn USA represents that the substitution of AlEn USA, LLC for AlEn

16  USA, L.P. is governed by Federal Rule of Civil Procedure 25(c), as there has been a transfer of

17  interest from AlEn USA, L.P. to AlEn USA, LLC.

18    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

19  the parties as follows:

20    1.    AlEN USA, LLC will be substituted as the Defendant in this action in place of

21  AlEn USA, L.P.

22    2.    AlEn USA, L.P. will no longer be a party to this action.

23    3.    The conversion of AlEN USA, L.P. to AlEn USA, LLC, and the substitution of

24  AlEN USA, LLC, will not alter or effect the obligations flowing from the parties' stipulation

25  entered into on October 5, 2012 dismissing Industrias AlEn, S.A. de C.V. from this action, and

26  those provisions will still have the same force and effect on the parties to this action.

27    4.    The caption will be amended to reflect the substitution of AlEn USA, LLC for

28  AlEn USA, L.P.  Additionally, Industrias AlEn, S.A. de C.V. will be removed from the caption,

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

given that Industrias AlEn was dismissed as a party following the October 5, 2012 stipulation. The new caption will thus read:  "The Clorox Company v. AlEn USA, LLC."


**IT IS SO STIPULATED.**


Dated:  May 1, 2013                    **FENWICK & WEST LLP**


                                       By:  ___*/s/ Jedediah Wakefield*___
                                            Jedediah Wakefield

                                       Attorneys for Defendant ALEN USA, LLC

Dated:  May 1, 2013                    **ARNOLD & PORTER LLP**


                                       By:  ___*/s/ Tracy T. Lane*___
                                            Tracy T. Lane

                                       Attorneys for Plaintiff THE CLOROX COMPANY

Dated:  May 1, 2013                    **ALEN USA, LLC**


                                       By:  ___*/s/ Luis Miguel de la Peña*___
                                            Luis Miguel de la Peña


                      **ATTESTATION PURSUANT TO GENERAL ORDER 45**

       I, Jedediah Wakefield, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE REQUEST TO SUBSTITUTE PARTY.  In compliance with General Order 45.X.B, I hereby attest that Tracy T. Lane and Luis Miguel de la Peña have concurred in this filing.


                                       ___*Jedediah Wakefield*___
                                       Jedediah Wakefield

1

~~PROPOSED~~ ORDER

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

Dated: ___5/14_____, 2013

5

The Honorable
United States Magistrate Judge

6

Judge Joseph C. Spero

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO