MARTIN R. GLICK (No. 40187)
martin.glick@aporter.com
TRACY T. LANE (No. 184666)
tracy.lane@aporter.com
ADAM M. RAPP (No. 280824)
adam.rapp@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

RYAN M. NISHIMOTO (No. 235208)
ryan.nishimoto@aporter.com
AMIE L. MEDLEY (No. 266586)
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Attorneys for Plaintiff
THE CLOROX COMPANY

*(Additional Counsel Listed On Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V, and ALEN USA, L.P.<br><br>        Defendants. | No. CV 12-01468-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES FOR THE PURPOSE OF CONDUCTING CERTAIN DEPOSITIONS** |

1  WHEREAS, the Court's present scheduling order provides for the close of fact discovery by May 29, 2013 (Dkt. No. 62);

WHEREAS the parties have mutually agreed for scheduling purposes to conduct the depositions of Industrias AlEn, S.A. de C.V., AlEn USA, and Alfonso Garcia Muñoz on June 6, 2013 and June 7, 2013;

WHEREAS the parties have mutually agreed for scheduling purposes that the deposition of nonparty Sterling Brands may proceed on or before June 28, 2013;

WHEREAS the content and conduct of these depositions may affect the content of expert disclosures and reports as provided for in the Court's present scheduling order;

WHEREAS the parties are desirous of resolving any outstanding issues presented at the close of fact discovery in an efficient and comprehensive manner with an appropriate period for counsel to confer and resolve issues without the involvement of the Court;

WHEREAS the proposed stipulation will not affect the timing of dispositive motion hearings or trial proceedings;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

1. The discovery deadlines set forth in the Court's Order of January 23, 2013 are hereby revised as follows:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | Wednesday, May 29, 2013 | Friday, June 7, 2013 (for purposes of party depositions); <br><br> Friday, June 28, 2013 (for purposes of the deposition of nonparty Sterling Brands); <br><br> Monday, July 1, 2013 (for purposes of submitting discovery issues to Court). |
| Initial Expert designations for the party bearing the burden of proof | Friday, June 7, 2013 | Friday, June 14, 2013 |

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Responsive expert designations to those made by the party bearing the burden of proof; ; and<br><br>Initial Expert designations for the party not bearing the burden of proof | Friday, July 5, 2013 | Friday, July 12, 2013 |
| Rebuttal Expert designations to any responsive expert designation; and responsive expert designations to any initial expert designation by the party not bearing the burden of proof. | Friday, August 2, 2013 | Friday, August 9, 2013 |
| Expert discovery cut-off | Friday, August 23, 2013 | Friday, August 30, 2013 |
| Dispositive motion filing cutoff | Friday, August 30, 2013 | Friday, September 6, 2013 |
| Dispositive motion opposition cutoff | Friday, September 27, 2013 | Friday, October 4, 2013 |
| Dispositive motion reply brief deadline | Friday, October 11, 2013 | Friday, October 18, 2013 |
| Dispositive motion hearing cut-off | December 6, 2013 | December 6, 2013 |
| Pretrial conference | February 21, 2014 | February 21, 2014 |
| Trial | March 10, 2014 | March 10, 2014 |

2. Lead counsel for the parties shall meet-and-confer regarding all discovery issues that remain in dispute before June 24, 2013, and submit, within five (5) business days of the conference but in no event later than July 1, 2013, a detailed Joint Letter to the Court in accordance with the Court's Case Management and Pretrial Order (Dkt. No. 56).

3. Should any resolution of discovery issues ordered by the Court in response to the parties' submission described above reasonably affect the content or scheduling of expert reports already served, the parties may submit amended reports within five (5) business days of the entry of such an order by the Court, or receipt of new information provided pursuant to such order, whichever is later.

*(Signature page follows)*

May 23, 2013.

ARNOLD & PORTER LLP

By: /s/Tracy T. Lane
    MARTIN R. GLICK
    TRACY T. LANE

Attorneys for Plaintiff
THE CLOROX COMPANY

FENWICK & WEST LLP

By: /s/Jedediah Wakefield
    ANDREW BRIDGES
    JEDEDIAH WAKEFIELD

DEBEVOISE & PLIMPTON LLP
DAVID H. BERNSTEIN

Attorneys for Defendant
ALEN USA, LLC

## [PROPOSED] ORDER

**PURSUANT TO THE STIPULATED REQUEST, IT IS SO ORDERED.**

Dated: _____

                                              Hon. Joseph C. Spero
                                              United States Magistrate Judge