1  MARTIN R. GLICK (No. 40187)
   martin.glick@aporter.com
2  TRACY T. LANE (No. 184666)
   tracy.lane@aporter.com
3  ADAM M. RAPP (No. 280824)
   adam.rapp@aporter.com
4  ARNOLD & PORTER LLP
   Three Embarcadero Center, 10th Floor
5  San Francisco, California  94111-4024
   Telephone:    415.471.3100
6  Facsimile:    415.471.3400

7  RYAN M. NISHIMOTO (No. 235208)
   ryan.nishimoto@aporter.com
8  AMIE L. MEDLEY (No. 266586)
   amie.medley@aporter.com
9  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
10 Los Angeles, CA 90017-5844
   Telephone:    213.243.4000
11 Facsimile:    213.243.4199

12 Attorneys for Plaintiff
   THE CLOROX COMPANY
13
   *(Additional Counsel Listed On Signature Page)*
14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

19 | THE CLOROX COMPANY,            | No. CV 12-01468-JCS

20 |         Plaintiff,              | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES FOR THE PURPOSE OF CONDUCTING CERTAIN DEPOSITIONS**

21 |    v.                           |

22 | INDUSTRIAS ALEN, S.A. DE C.V, and ALEN USA, L.P.

23 |         Defendants.

1  WHEREAS, the Court's present scheduling order provides for the close of fact discovery by
2  May 29, 2013 (Dkt. No. 62);

3  WHEREAS the parties have mutually agreed for scheduling purposes to conduct the
4  depositions of Industrias AlEn, S.A. de C.V., AlEn USA, and Alfonso Garcia Muñoz on June 6,
5  2013 and June 7, 2013;

6  WHEREAS the parties have mutually agreed for scheduling purposes that the deposition of
7  nonparty Sterling Brands may proceed on or before June 28, 2013;

8  WHEREAS the content and conduct of these depositions may affect the content of expert
9  disclosures and reports as provided for in the Court's present scheduling order;

10  WHEREAS the parties are desirous of resolving any outstanding issues presented at the
11  close of fact discovery in an efficient and comprehensive manner with an appropriate period for
12  counsel to confer and resolve issues without the involvement of the Court;

13  WHEREAS the proposed stipulation will not affect the timing of dispositive motion hearings
14  or trial proceedings;

15  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
16  parties as follows:

17  1.  The discovery deadlines set forth in the Court's Order of January 23, 2013 are hereby
18  revised as follows:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | Wednesday, May 29, 2013 | Friday, June 7, 2013 (for purposes of party depositions); <br><br> Friday, June 28, 2013 (for purposes of the deposition of nonparty Sterling Brands); <br><br> Monday, July 1, 2013 (for purposes of submitting discovery issues to Court). |
| Initial Expert designations for the party bearing the burden of proof | Friday, June 7, 2013 | Friday, June 14, 2013 |

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Responsive expert designations to those made by the party bearing the burden of proof; ; and<br><br>Initial Expert designations for the party not bearing the burden of proof | Friday, July 5, 2013 | Friday, July 12, 2013 |
| Rebuttal Expert designations to any responsive expert designation; and responsive expert designations to any initial expert designation by the party not bearing the burden of proof. | Friday, August 2, 2013 | Friday, August 9, 2013 |
| Expert discovery cut-off | Friday, August 23, 2013 | Friday, August 30, 2013 |
| Dispositive motion filing cutoff | Friday, August 30, 2013 | Friday, September 6, 2013 |
| Dispositive motion opposition cutoff | Friday, September 27, 2013 | Friday, October 4, 2013 |
| Dispositive motion reply brief deadline | Friday, October 11, 2013 | Friday, October 18, 2013 |
| Dispositive motion hearing cut-off | December 6, 2013 | December 6, 2013 |
| Pretrial conference | February 21, 2014 | February 21, 2014 |
| Trial | March 10, 2014 | March 10, 2014 |

2. Lead counsel for the parties shall meet-and-confer regarding all discovery issues that remain in dispute before June 24, 2013, and submit, within five (5) business days of the conference but in no event later than July 1, 2013, a detailed Joint Letter to the Court in accordance with the Court's Case Management and Pretrial Order (Dkt. No. 56).

3. Should any resolution of discovery issues ordered by the Court in response to the parties' submission described above reasonably affect the content or scheduling of expert reports already served, the parties may submit amended reports within five (5) business days of the entry of such an order by the Court, or receipt of new information provided pursuant to such order, whichever is later.

*(Signature page follows)*

| | |
|---|---|
| 1 | |
| 2 | May 23, 2013.           ARNOLD & PORTER LLP |

May 23, 2013.                       ARNOLD & PORTER LLP

By:  /s/Tracy T. Lane_____
     MARTIN R. GLICK
     TRACY T. LANE

Attorneys for Plaintiff
THE CLOROX COMPANY


FENWICK & WEST LLP


By:  /s/Jedediah Wakefield_____
     ANDREW BRIDGES
     JEDEDIAH WAKEFIELD

DEBEVOISE & PLIMPTON LLP
DAVID H. BERNSTEIN

Attorneys for Defendant
ALEN USA, LLC

**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE STIPULATED REQUEST, IT IS SO ORDERED.**

Dated: 5/24/13

_____
Hon. Joseph C. Spero
United States Magistrate Judge