Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE CLOROX COMPANY )
                   )  Case No: 3:12-cv-01468
         Plaintiff(s), )
                   )  **APPLICATION FOR**
     v.            )  **ADMISSION OF ATTORNEY**
                   )  **PRO HAC VICE**
ALEN USA, L.P.,    )  (CIVIL LOCAL RULE 11-3)
                   )
         Defendant(s). )

I, Charles W. Baxter, an active member in good standing of the bar of the Southern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: AlEn USA, L.P. in the above-entitled action. My local co-counsel in this case is Andrew P. Bridges, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York  10022 | Fenwick & West LLP<br>555 California Street<br>San Francisco, California  94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 909-6000 | (415) 875-2300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cwbaxter@debevoise.com | abridges@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: CB3108.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/02/13

Charles W. Baxter
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Charles W. Baxter is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/5/13

Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                         October 2012