ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN *(admitted pro hac vice)*
dhbernstein@debevoise.com
CHARLES W. BAXTER
cwbaxter@debevoise.com *(admitted pro hac vice)*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

JOHN M. MURPHY *(admitted pro hac vice)*
jmurphy@aml.com.mx
AROCHI, MARROQUIN & LINDNER, S.C.
Insurgentes Sur 1605-Piso 20
Col. San Jose Insurgentes
03900 Mexico D.F.
Telephone: 52.55.41.70.20.50
Facsimile: 52.55.50.95.20.28

Attorneys for Defendant
ALEN USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>           Plaintiff,<br><br>    v.<br><br>ALEN USA, LLC<br><br>           Defendant. | Case No.: 3:12-CV-01468-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DISPOSITIVE MOTION BRIEFING SCHEDULE** |

The parties submit this stipulation and proposed order to extend the deadline to file dispositive motions, without changing the dispositive motion hearing date or reducing the time between the close of briefing and the hearing date.

As the Court will recall, this is a trademark case involving Plaintiff's PINE-SOL and Defendant's PINOL brand.  To accommodate the parties' experts, the parties have agreed to schedule depositions in the first two weeks of September, including depositions after the September 6, 2013 deadline for filing dispositive motions.  The parties currently expect that the last deposition will take place on September 12, 2013.  The parties therefore request that this Court extend the deadline to file dispositive motions to September 16, 2013, and the deadline for oppositions to October 8, 2013.  Under this stipulation, the deadlines for reply briefs and for the hearing on dispositive motions will remain on the same dates—October 18, 2013 and December 6, 2013, respectively.  Because the time to complete briefing and the time for the Court's hearing on dispositive motions will remain the same, the parties' stipulation to extend the earlier deadlines for dispositive motion briefing should not affect this Court's schedule.

The current schedule and proposed modified schedule are shown below:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive motion filing cut-off | Friday, September 6, 2013 | Monday, September 16, 2013 |
| Dispositive motion opposition cut-off | Friday, October 4, 2013 | Tuesday, October 8, 2013 |
| Dispositive motion reply brief deadline | Friday, October 18, 2013 | Friday, October 18, 2013 |
| Dispositive motion hearing cut-off | Friday, December 6, 2013 | Friday, December 6, 2013 |
| Pretrial conference | Friday, February 21, 2014 | Friday, February 21, 2014 |
| Trial | Monday, March 10, 2014 | Monday, March 10, 2014 |

The parties respectfully request that this Court extend the deadline for filing dispositive motions to September 16, 2013 and the deadline to file oppositions to October 8, 2013.

**IT IS SO STIPULATED.**

Dated: August 27, 2013            **FENWICK & WEST LLP**

By:    */s/ Jedediah Wakefield*
       Jedediah Wakefield

Attorneys for Defendant ALEN USA, LLC

Dated: August 27, 2013            **ARNOLD & PORTER LLP**

By:    */s/ Tracy T. Lane*
       Tracy T. Lane

Attorneys for Plaintiff THE CLOROX COMPANY

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jedediah Wakefield, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER MODIFYING DISPOSITIVE MOTION BRIEFING SCHEDULE. In compliance with General Order 45.X.B, I hereby attest that Tracy T. Lane has concurred in this filing.

*Jedediah Wakefield*
Jedediah Wakefield

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2013

_____
The Honorable Joseph C. Spero
United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE
DISPOSITIVE MOTION BRIEFING SCHEDULE

3

CASE NO.: 3:12-CV-01468-JCS