## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __8/29/13__, 2013    _____
The Honorable Joseph C. Spero
United States Magistrate Judge

The parties respectfully request that this Court extend the deadline for filing dispositive motions to September 16, 2013 and the deadline to file oppositions to October 8, 2013.

IT IS SO STIPULATED.

Dated: August 27, 2013        **FENWICK & WEST LLP**

By: */s/ Jedediah Wakefield*
Jedediah Wakefield

Attorneys for Defendant ALEN USA, LLC

Dated: August 27, 2013        **ARNOLD & PORTER LLP**

By: */s/ Tracy T. Lane*
Tracy T. Lane

Attorneys for Plaintiff THE CLOROX COMPANY

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jedediah Wakefield, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER MODIFYING DISPOSITIVE MOTION BRIEFING SCHEDULE. In compliance with General Order 45.X.B, I hereby attest that Tracy T. Lane has concurred in this filing.

*Jedediah Wakefield*
Jedediah Wakefield

The parties submit this stipulation and proposed order to extend the deadline to file dispositive motions, without changing the dispositive motion hearing date or reducing the time between the close of briefing and the hearing date.

As the Court will recall, this is a trademark case involving Plaintiff's PINE-SOL and Defendant's PINOL brand. To accommodate the parties' experts, the parties have agreed to schedule depositions in the first two weeks of September, including depositions after the September 6, 2013 deadline for filing dispositive motions. The parties currently expect that the last deposition will take place on September 12, 2013. The parties therefore request that this Court extend the deadline to file dispositive motions to September 16, 2013, and the deadline for oppositions to October 8, 2013. Under this stipulation, the deadlines for reply briefs and for the hearing on dispositive motions will remain on the same dates—October 18, 2013 and December 6, 2013, respectively. Because the time to complete briefing and the time for the Court's hearing on dispositive motions will remain the same, the parties' stipulation to extend the earlier deadlines for dispositive motion briefing should not affect this Court's schedule.

The current schedule and proposed modified schedule are shown below:

| Item | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Dispositive motion filing cut-off | Friday, September 6, 2013 | Monday, September 16, 2013 |
| Dispositive motion opposition cut-off | Friday, October 4, 2013 | Tuesday, October 8, 2013 |
| Dispositive motion reply brief deadline | Friday, October 18, 2013 | Friday, October 18, 2013 |
| Dispositive motion hearing cut-off | Friday, December 6, 2013 | Friday, December 6, 2013 |
| Pretrial conference | Friday, February 21, 2014 | Friday, February 21, 2014 |
| Trial | Monday, March 10, 2014 | Monday, March 10, 2014 |

| | |
|---|---|
| 1 | ANDREW P. BRIDGES (CSB No. 122761) |
|   | abridges@fenwick.com |
| 2 | JEDEDIAH WAKEFIELD (CSB No. 178058) |
|   | jwakefield@fenwick.com |
| 3 | SEBASTIAN E. KAPLAN (CSB No. 248206) |
|   | skaplan@fenwick.com |
| 4 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone: 415.875.2300 |
| 6 | Facsimile: 415.281.1350 |
| 7 | DAVID H. BERNSTEIN *(admitted pro hac vice)* |
|   | dhbernstein@debevoise.com |
| 8 | CHARLES W. BAXTER |
|   | cwbaxter@debevoise.com *(admitted pro hac vice)* |
| 9 | DEBEVOISE & PLIMPTON LLP |
|   | 919 Third Avenue |
| 10 | New York, NY 10022 |
|   | Telephone: 212.909.6696 |
| 11 | Facsimile: 212.521.7696 |
| 12 | JOHN M. MURPHY *(admitted pro hac vice)* |
|   | jmurphy@aml.com.mx |
| 13 | AROCHI, MARROQUIN & LINDNER, S.C. |
|   | Insurgentes Sur 1605-Piso 20 |
| 14 | Col. San Jose Insurgentes |
|   | 03900 Mexico D.F. |
| 15 | Telephone: 52.55.41.70.20.50 |
|   | Facsimile: 52.55.50.95.20.28 |
| 16 | |
|   | Attorneys for Defendant |
| 17 | ALEN USA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE CLOROX COMPANY, | | Case No.: 3:12-CV-01468-JCS |
| Plaintiff, | | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DISPOSITIVE MOTION BRIEFING SCHEDULE** |
| v. | | |
| ALEN USA, LLC | | |
| Defendant. | | |