1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  SEBASTIAN E. KAPLAN (CSB No. 248206)
   skaplan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  DAVID H. BERNSTEIN (admitted *pro hac vice*)
   dhbernstein@debevoise.com
8  CHARLES W. BAXTER (admitted *pro hac vice*)
   cwbaxter@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
10 New York, NY  10022
   Telephone:     212.909.6696
11 Facsimile:     212.521.7696

12 JOHN M. MURPHY (admitted *pro hac vice*)
   AROCHI, MARROQUÍN & LINDNER S.C.
13 Insurgentes Sur 1605 –Piso 20
   Sol. San José Insurgentes
14 03900 México D.F.
   Telephone: 52.55.41.70.20.50
15 Facsimile: 52.55.50.95.20.28

16 Attorneys for Defendant
   ALEN USA, LLC

17 *Additional counsel appear on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEN USA, LLC<br><br>    Defendant. | Case No.: CV 12-01468-JCS<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON TRADEMARK DILUTION**<br><br>Date:  December 6, 2013<br>Time:  9:30 a.m.<br>Judge: Honorable Joseph C. Spero |

Pursuant to Paragraph 17 of the Court's Revised Standing Order, Defendant AlEn USA, LLC ("AlEn USA") and Plaintiff The Clorox Company ("Clorox") hereby submit the following Joint Statement of Undisputed Facts Related to AlEn USA's Motion for Partial Summary Judgment on Trademark Dilution.

| Undisputed Material Fact | Supporting Evidence |
| --- | --- |
| 1. Industrias AlEn owns the following trademark registration for PINOL: U.S. Registration No. 3,529,051 for "Pre-moistened cloths for cleaning" (registration date: November 4, 2008). | Defendant AlEn USA's First Amended Counterclaims and Answer to First Amended Complaint ("FAA"), Ex. 3 |
| 2. Industrias AlEn owns the following trademark registration for PINOL: U.S. Registration No. 3,918,071 for "detergents for household, kitchen and laundry use" (registration date: February 8, 2011). | FAA, Ex. 2 |
| 3. Industrias AlEn owns the following trademark registration for PINOL: U.S. Registration No. 3,880,953 for "liquid soap" (registration date: November 23, 2010). | FAA, Ex. 1 |
| 4. Clorox filed its original complaint in this action against AlEn USA and Industrias AlEn, S.A. de C.V. on March 23, 2012. | Clorox's Complaint For Trademark Dilution (15 U.S.C. § 1125); Trademark Infringement (15 U.S.C. § 1114); Unfair Competition and False Designation of Origin (15 U.S.C. § 1125(a); And Unfair Competition (Cal. Bus. Prof. Code § 17200). |
| 5. Clorox filed an amended complaint in this action against Industrias AlEn and AlEn USA on August 17, 2012. | Clorox's First Amended Complaint For Trademark Dilution (15 U.S.C. § 1125); Trademark Infringement (15 U.S.C. § 1114); Unfair Competition and False Designation of Origin (15 U.S.C. § 1125(a); And Unfair Competition (Cal. Bus. Prof. Code § 17200). |

Dated: September 16, 2013        FENWICK & WEST LLP


By: */s/ Andrew P. Bridges*
    Andrew P. Bridges

Attorneys for Defendant
ALEN USA, LLC

Dated: September 16, 2013                    ARNOLD & PORTER LLP


                                             By: */s/Martin R. Glick*
                                                 Martin R. Glick
                                                 Attorneys for Plaintiff
                                                 THE CLOROX COMPANY


**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Andrew P. Bridges, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.


Dated: September 16, 2013          */s/ Andrew P. Bridges*
                                    Andrew P. Bridges

JOINT STATEMENT OF UNDISPUTED FACTS        3        Case No.: CV 12-01468-JCS