1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  SEBASTIAN E. KAPLAN (CSB No. 248206)
   skaplan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  DAVID H. BERNSTEIN (admitted *pro hac vice*)
   dhbernstein@debevoise.com
8  CHARLES W. BAXTER (admitted *pro hac vice*)
   cwbaxter@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
10 New York, New York 10022
   Telephone:    212.909.6696
11 Facsimile:    212.521.7696

12 JOHN MURPHY (admitted *pro hac vice*)
   jmurphy@aml.com.mx
13 AROCHI, MARROQUIN & LINDNER, S.C.
   Insurgentes Sur 1605- Piso 20
14 Col. San José Insurgentes
   03900 México D.F.
15 Telephone: (52 55) 41.70.20.50
   Facsimile: (52 55) 50.95.20.28

16
   Attorneys for Defendant
17 ALEN USA, LLC

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21 | THE CLOROX COMPANY,           | Case No.: CV 12-01468-JCS
22 |        Plaintiff,             | **CERTIFICATE OF SERVICE**
23 |    v.                         |
24 | ALEN USA, LLC                 |
25 |        Defendant.             |

26
27
28

**CERTIFICATE OF SERVICE**

The undersigned declares that:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 555 California Street, 12th Floor, San Francisco, CA 94104.

On the date set forth below, I served the attached documents entitled:

- ALEN USA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DAMAGES (UNDER SEAL);

- ALEN USA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DAMAGES (PROPOSED REDACTIONS);

- [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DAMAGES (PUBLIC);

- ALEN USA'S MOTION PURSUANT TO RULE 37 TO EXCLUDE CLOROX EVIDENCE AND ARGUMENTS RELATING TO UNDOCUMENTED ACTUAL DAMAGES CLAIMS (UNDER SEAL);

- ALEN USA'S MOTION PURSUANT TO RULE 37 TO EXCLUDE CLOROX EVIDENCE AND ARGUMENTS RELATING TO UNDOCUMENTED ACTUAL DAMAGES CLAIMS (PROPOSED REDACTIONS);

- [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION PURSUANT TO RULE 37 TO EXCLUDE CLOROX EVIDENCE AND ARGUMENTS RELATING TO UNDOCUMENTED ACTUAL DAMAGES CLAIMS (PUBLIC);

- JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS RELATING TO ALEN USA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DAMAGES (UNDER SEAL);

- JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS RELATING TO ALEN USA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DAMAGES (PROPOSED REDACTIONS);

- DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF ALEN USA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DAMAGES AND MOTION PURSUANT TO RULE 37 TO EXCLUDE CLOROX EVIDENCE AND ARGUMENTS RELATING TO UNDOCUMENTED ACTUAL DAMAGES CLAIMS WITH EXHIBITS (UNDER SEAL);

- DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF ALEN USA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DAMAGES AND MOTION PURSUANT TO RULE 37 TO EXCLUDE CLOROX EVIDENCE AND ARGUMENTS RELATING TO UNDOCUMENTED ACTUAL DAMAGES CLAIMS WITH EXHIBITS (PROPOSED REDACTIONS).

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- DECLARATION OF ALFONSO GARCIA HERNANDEZ IN SUPPORT OF ALEN USA'S MOTION FOR SUMMARY JUDGMENT ON DAMAGES (PUBLIC)

on the party(s) in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| Martin R. Glick, Esq.<br>Tracy Tosh Lane, Esq.<br>Adam Rapp, Esq.<br>Arnold & Porter LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Marty.Glick@aporter.com<br>Tracy.Lane@aporter.com<br>Adam.Rapp@aporter.com | Amie L. Medley, Esq.<br>Ryan Nishimoto, Esq.<br>Arnold & Porter LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Amie.Medley@aporter.com<br>Ryan.Nishimoto@aporter.com |

☒ **BY ELECTRONIC MAIL:** I caused such document to be delivered by electronic mail to the addressees.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on September 16, 2013 at San Francisco, California.

*/s/Jedediah Wakefield*
Jedediah Wakefield

CERTIFICATE OF SERVICE     3     CASE NO.: CV 12-01468-JCS