ARNOLD & PORTER LLP
MARTIN R. GLICK (No. 40187)
marty.glick@aporter.com
TRACY T. LANE (No. 184666)
tracy.lane@aporter.com
ADAM M. RAPP (No. 280824)
adam.rapp@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone:     415.434.1600
Facsimile:      415.677.6262

RYAN M. NISHIMOTO (No. 235208)
ryan.nishimoto@aporter.com
AMIE L. MEDLEY (No. 266586)
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:     213.243.4000
Facsimile:      213.243.4199

Attorneys for Plaintiff
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>                            Plaintiff,<br><br>       v.<br><br>ALEN USA, LLC,<br><br>                            Defendant. | Case No.: CV 12-01468-JCS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS**<br><br>Judge:          Hon. Joseph C. Spero<br><br>Trial Date:    March 10, 2014 |

WHEREAS, as set forth in Clorox's Motion for Administrative Relief to File Under Seal Portions of Motions for Partial Summary Judgment and Supporting Declarations, and pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff has submitted to the undersigned confidential versions of (1) Clorox's Motion for Partial Summary Judgment on AlEn's Second, Third, and Fourth Affirmative Defenses; (2) Joint Statement of Undisputed Material Facts Related to Clorox's Motion for Partial Summary Judgment on AlEn's Second, Third, and Fourth Affirmative Defenses (3) Declaration of Adam M. Rapp in Support of Motion for Partial Summary Judgment on AlEn's Second, Third, and Fourth Affirmative Defenses; (4) Clorox's Motion for Partial Summary Judgment Concerning Commercial Use Date of Pinol; (5) Joint Statement of Undisputed Material Facts Related to Clorox's Motion for Partial Summary Judgment Concerning Commercial Use Date of Pinol; and (6) Declaration of Adam M. Rapp in Support of Motion for Partial Summary Judgment Concerning First Use of PINOL in the United States;

AND WHEREAS, the above-mentioned documents contain or refer to information designated by Defendant AlEn USA, LLC as HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY pursuant to the Stipulated Protective Order in this action (Dkt. No. 46);

AND WHEREAS, as set forth in the Declaration of Adam M. Rapp in Support of Clorox's Motion for Administrative Relief to File Under Seal Portions of Motions for Partial Summary Judgment and Supporting Declarations, Exhibit H to the Rapp Declaration in Support of Clorox's Motion for Partial Summary Judgment on AlEn's Second, Third, and Fourth Affirmative Defenses contains or reflects material that Clorox has designated under the Protective Order and that contains or reflects confidential and sensitive information that Clorox believes would cause it competitive harm if it became public;

IT IS HEREBY ORDERED THAT pursuant to Civil Local Rule 79-5(d), within seven days of the entry of this Order, the Defendant shall file with the Court and serve a declaration establishing that the designated information is sealable and shall lodge and serve a narrowly tailored proposed sealing order, or withdraw the designation of confidentiality;

1    IT IS FURTHER ORDERED THAT Clorox is permitted to file under seal, in its entirety, Exhibit H to the Rapp Declaration in Support of Clorox's Motion for Partial Summary Judgment on AlEn's Second, Third, and Fourth Affirmative Defenses.

DATED: September 18 , 2013.



_____
UNITED STATES MAGISTRATE JUDGE