ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN *(admitted pro hac vice)*
dhbernstein@debevoise.com
CHARLES W. BAXTER
cwbaxter@debevoise.com (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

JOHN M. MURPHY *(admitted pro hac vice)*
jmurphy@aml.com.mx
AROCHI, MARROQUIN & LINDNER, S.C.
Insurgentes Sur 1605-Piso 20
Col. San Jose Insurgentes
03900 Mexico D.F.
Telephone: 52.55.41.70.20.50
Facsimile: 52.55.50.95.20.28

Attorneys for Defendant
ALEN USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEN USA, LLC<br><br>　　　　Defendant. | Case No.: CV 12-01468-JCS<br><br>**DECLARATION OF ALICIA ABAROA ORTEGA IN RESPONSE TO ADMINISTRATIVE MOTIONS TO SEAL** |

I, ALICIA ABAROA ORTEGA, declare:

1. I am General Counsel of AlEn S.A. de C.V. ("Industrias AlEn"), a Mexican company, and indirect parent of AlEn USA, LLC (collectively, the "AlEn companies"). I have personal knowledge of the facts stated in this declaration, and if called to do so, I would testify to them.

### AlEn Confidential Information in Clorox's Expert Report

2. Attached as Exhibit 12 to the Declaration of Jedediah Wakefield in Support of AlEn's Partial Motion for Summary Judgment is the June 14, 2013 Expert Report of W. Todd Schoettelkotte relating to Clorox's purported damages in this case (the "Report"). Much of the substance of that report discusses what Clorox claims to be its confidential information. I was provided a copy of this Report that redacted this information, and have reviewed it.

3. Portions of the remainder of the Report discuss financial information of the AlEn companies. This information is confidential to the AlEn companies and is highly commercially sensitive. Public disclosure of this financial information would cause the AlEn companies serious competitive harm in the market.

4. Attached hereto as **Exhibit A** is a copy of the Report with proposed redactions (in black) of this confidential AlEn material. I understand that counsel for Clorox will submit a declaration attesting to the confidential of its proposed redactions to the Report, marked in Exhibit A in red as Redacted, and will submit a proposed order sealing all Clorox and AlEn confidential material in that Exhibit.

### AlEn Confidential Information in Clorox's Motions for Summary Judgment

5. Additionally, I have reviewed the AlEn materials that Clorox has submitted under seal in support of its Motion for Partial Summary Judgment on AlEn USA, LLC's Second, Third and Fourth Affirmative Defenses ("Affirmative Defense Motion") and Motion for Partial Summary Judgment Concerning the Commercial Use Date of Pinol ("Use Date Motion"). Some of these materials also contain confidential information of the AlEn companies and should be maintained under seal.

6. Exhibit A to the Declaration of Adam Rapp in Support of Clorox's Affirmative Defense Motion is a confidential presentation concerning AlEn's finances and confidential, internal business plans.

7. Exhibit E to the Declaration of Adam Rapp in Support of Clorox's Affirmative Defense Motion consists of AlEn USA LLC's Third Amended Responses to Clorox's First Set of Interrogatories. Subsection (b) to AlEn USA's Third Amended Response to Interrogatory No. 2 (on pages 7-15) contains detailed, confidential information about the sales and distribution of AlEn USA's products.

8. Exhibit F to the Declaration of Adam Rapp in Support of Clorox's Affirmative Defense Motion contains excerpts of the deposition transcript of Alfonso Manuel Garcia Munoz, Jr., an Industrias AlEn executive. At pages 197:17 – 197:25 and 201:13 – 201:25 that testimony discusses confidential business plans and competitive information concerning AlEn USA's products and distribution.

9. Exhibit M to the Declaration of Adam Rapp in Support of Clorox's Affirmative Defense Motion are internal AlEn meeting minutes and contain sensitive and confidential information concerning AlEn's business plans and competitive market information.

10. Exhibit 1 to the Declaration of Adam Rapp in Support of Clorox's Use Date Motion contains confidential AlEn customer and financial information.

11. Exhibit 2 to the Declaration of Adam Rapp in Support of Clorox's Use Date Motion is a duplicate to Exhibit E to the Declaration of Adam Rapp in Support of Clorox's Affirmative Defense Motion. As stated above, Subsection (b) to AlEn USA's Third Amended Response to Interrogatory No. 2 (on pages 7-15) contains detailed, confidential information about the sales and distribution of AlEn USA's products.

12. Exhibit 9 to the Declaration of Adam Rapp in Support of Clorox's Use Date Motion contains further excerpts of deposition the transcript of Alfonso Manuel Garcia Munoz, Jr. At page 155:9-156:15 that transcript contains confidential information concerning AlEn's business practices concerning sales of its products.

13. In addition, Paragraphs 2-5 of the parties' Joint Statement on Undisputed Facts Related to Clorox's Affirmative Defense Motion also contains sensitive AlEn financial information. That material should be maintained under seal.

14. These materials are confidential to the AlEn companies and their public disclosure would cause competitive harm to AlEn. They should be maintained under seal along with those portions of Clorox's Motions that discuss their substance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22th day of September 2013.

By: _____
Alicia Abaroa Ortega