1   ANDREW P. BRIDGES (CSB No. 122761)
    abridges@fenwick.com
2   JEDEDIAH WAKEFIELD (CSB No. 178058)
    jwakefield@fenwick.com
3   SEBASTIAN E. KAPLAN (CSB No. 248206)
    skaplan@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA  94104
    Telephone:    415.875.2300
6   Facsimile:    415.281.1350

7   DAVID H. BERNSTEIN (admitted *pro hac vice*)
    dhbernstein@debevoise.com
8   CHARLES W. BAXTER (admitted *pro hac vice*)
    cwbaxter@debevoise.com
9   DEBEVOISE & PLIMPTON LLP
    919 Third Avenue
10  New York, NY  10022
    Telephone:    212.909.6696
11  Facsimile:    212.521.7696

12  JOHN M. MURPHY (admitted *pro hac vice*)
    AROCHI, MARROQUÍN & LINDNER S.C.
13  Insurgentes Sur 1605 –Piso 20
    Sol. San José Insurgentes
14  03900 México D.F.
    Telephone:  52.55.41.70.20.50
15  Facsimile:  52.55.50.95.20.28

16  Attorneys for Defendant
    ALEN USA, LLC

17

18                  UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                   SAN FRANCISCO DIVISION

21  THE CLOROX COMPANY,                    Case No.: CV 12-01468-JCS

22                     Plaintiff,
                                           **[PROPOSED] ORDER PURSUANT TO**
23         v.                              **CIVIL LOCAL RULE 79-5(d) SEALING**
                                           **PORTIONS OF PLAINTIFF'S**
24  ALEN USA, LLC                          **MOTIONS FOR PARTIAL SUMMARY**
                                           **JUDGMENT AND SUPPORTING**
25                                         **MATERIALS**
                       Defendant.
26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING                           Case No.: CV 12-01468-JCS
MOTION TO SEAL

Having reviewed Plaintiff The Clorox Company's Motion for Administrative Relief to File Under Seal (Dkt. 93), the Declaration of Alicia Abaroa Ortega, and good cause appearing, the Motion is hereby GRANTED in part.

Plaintiff The Clorox Company shall file the following under seal:

- Exhibit A to the Declaration of Adam Rapp in support of Clorox's Motion for Partial Summary Judgment on AlEn USA, LLC's Second, Third and Fourth Affirmative Defenses ("Affirmative Defense Motion");

- Subsection (b) to AlEn USA's Third Amended Response to Interrogatory No. 2 on pages 7-15 of Exhibit E to the Declaration of Adam Rapp in support of Clorox's Affirmative Defense Motion;

- Pages 197:17 – 197:25 and 201:13 – 201:25 of the deposition transcript of Alfonso Manuel Garcia Munoz, Jr. attached as Exhibit F to the Declaration of Adam Rapp in Support of Clorox's Affirmative Defense Motion;

- Exhibit M to the Declaration of Adam Rapp in Support of Clorox's Affirmative Defense Motion;

- Exhibit 1 to the Declaration of Adam Rapp in Support of Clorox's Motion for Partial Summary Judgment Concerning the Commercial Use Date of Pinol ("Use Date Motion");

- Subsection (b) to AlEn USA's Third Amended Response to Interrogatory No. 2 on pages 7-15 of Exhibit 2 to the Declaration of Adam Rapp in Support of Clorox's Use Date Motion;

- Pages 155:9 - 156:15 of the deposition the transcript of Alfonso Manuel Garcia Munoz, Jr attached as Exhibit 9 to the Declaration of Adam Rapp in Support of Clorox's Use Date Motion;

- Paragraphs 2-5 of the parties' Joint Statement on Undisputed Facts Related to Clorox's Affirmative Defense Motion; and

- Portions of Clorox's Affirmative Defense Motion and Use Date Motion that discuss or refer to the substance of these sealed documents.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Plaintiff The Clorox Company shall also publicly file a redacted version of the relevant papers in

2  line with this Order.

3

4       **IT IS SO ORDERED.**

5

6  Dated:_____, 2013

7                                                    _____

8                                                    Honorable Joseph C. Spero
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fenwick & West LLP
Attorneys at Law
San Francisco