ARNOLD & PORTER LLP
MARTIN R. GLICK (No. 40187)
marty.glick@aporter.com
TRACY T. LANE (No. 184666)
tracy.lane@aporter.com
ADAM M. RAPP (No. 280824)
adam.rapp@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone:    415.434.1600
Facsimile:     415.677.6262

RYAN M. NISHIMOTO (No. 235208)
ryan.nishimoto@aporter.com
AMIE L. MEDLEY (No. 266586)
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    213.243.4000
Facsimile:     213.243.4199

Attorneys for Plaintiff
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEN USA, LLC,<br><br>　　　　　Defendant. | Case No.: CV 12-01468-JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO SEAL CONFIDENTIAL MATERIALS SUBMITTED BY DEFENDANT ALEN USA, LLC**<br><br>Judge:　　　Hon. Joseph C. Spero<br><br>Trial Date:　　March 10, 2014 |

1 WHEREAS, as set forth in Clorox's Motion for Administrative Relief to Seal Confidential Materials Submitted by Defendant AlEn USA, LLC (the "Administrative Motion"), and pursuant to Civil Local Rules 7-11 and 79-5, Defendant has submitted to the undersigned confidential versions of (1) AlEn USA's Motion for Partial Summary Judgment as to Damages; (2) AlEn USA's Motion Pursuant to Rule 37 to Exclude Clorox Evidence and Arguments Relating to Undocumented Actual Damages Claims; (3) Declaration of Jedediah Wakefield In Support of Motion for Partial Summary Judgment as to Damages and Motion Pursuant to Rule 37 to Exclude Clorox Evidence and Arguments Relating to Alleged Actual Damages Claims ("Wakefield Decl."); and (4) Joint Statement of Undisputed Material Facts Relating to AlEn USA's Motion for Partial Summary Judgment as to Damages;

AND WHEREAS, the above-mentioned documents contain or refer to information designated by the parties as HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY pursuant to the Stipulated Protective Order in this action (Dkt. No. 46);

AND WHEREAS, as set forth in the Declaration of Adam M. Rapp in Support of Clorox's Motion for Administrative Relief to Seal Materials Submitted by Defendant AlEn USA, Exhibits 8-13 to the Wakefield Decl. contain or reflects material that Clorox has designated under the Protective Order and contains or reflects confidential and sensitive information that Clorox believes would cause it competitive harm if it became public;

AND WHEREAS, as set forth in the Declaration of Clifford Webb, Exhibit 12 to the Wakefield Decl. contains or reflects material that AlEn has designated under the Protective Order and contains or reflects confidential and sensitive information that AlEn USA, LLC believes would cause it competitive harm if it became public;

IT IS HEREBY ORDERED THAT Exhibits 8-11 and 13 to the Wakefield Declaration, submitted by Defendant AlEn USA, LLC, shall remain under seal pursuant to Civil Local Rule 79-5(f);

IT IS FURTHER ORDERED THAT AlEn USA be permitted to file the public redacted version of Exhibit 12 to the Wakefield Declaration.

DATED: September 25, 2013.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE