ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
CHARLES W. BAXTER (admitted *pro hac vice*)
cwbaxter@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

JOHN M. MURPHY (admitted *pro hac vice*)
AROCHI, MARROQUÍN & LINDNER S.C.
Insurgentes Sur 1605 –Piso 20
Sol. San José Insurgentes
03900 México D.F.
Telephone: 52.55.41.70.20.50
Facsimile: 52.55.50.95.20.28

Attorneys for Defendant
ALEN USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>            Plaintiff,<br><br>  v.<br><br>ALEN USA, LLC<br><br>            Defendant. | Case No.: CV 12-01468-JCS<br><br>**[~~PROPOSED~~] ORDER PURSUANT TO CIVIL LOCAL RULE 79-5(d) SEALING PORTIONS OF PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING MATERIALS** |

Having reviewed Plaintiff The Clorox Company's Motion for Administrative Relief to File Under Seal (Dkt. 93), the Declaration of Alicia Abaroa Ortega, and good cause appearing, the Motion is hereby GRANTED in part.

Plaintiff The Clorox Company shall file the following under seal:

- Exhibit A to the Declaration of Adam Rapp in support of Clorox's Motion for Partial Summary Judgment on AlEn USA, LLC's Second, Third and Fourth Affirmative Defenses ("Affirmative Defense Motion");

- Subsection (b) to AlEn USA's Third Amended Response to Interrogatory No. 2 on pages 7-15 of Exhibit E to the Declaration of Adam Rapp in support of Clorox's Affirmative Defense Motion;

- Pages 197:17 – 197:25 and 201:13 – 201:25 of the deposition transcript of Alfonso Manuel Garcia Munoz, Jr. attached as Exhibit F to the Declaration of Adam Rapp in Support of Clorox's Affirmative Defense Motion;

- Exhibit M to the Declaration of Adam Rapp in Support of Clorox's Affirmative Defense Motion;

- Exhibit 1 to the Declaration of Adam Rapp in Support of Clorox's Motion for Partial Summary Judgment Concerning the Commercial Use Date of Pinol ("Use Date Motion");

- Subsection (b) to AlEn USA's Third Amended Response to Interrogatory No. 2 on pages 7-15 of Exhibit 2 to the Declaration of Adam Rapp in Support of Clorox's Use Date Motion;

- Pages 155:9 - 156:15 of the deposition the transcript of Alfonso Manuel Garcia Munoz, Jr attached as Exhibit 9 to the Declaration of Adam Rapp in Support of Clorox's Use Date Motion;

- Paragraphs 2-5 of the parties' Joint Statement on Undisputed Facts Related to Clorox's Affirmative Defense Motion; and

- Portions of Clorox's Affirmative Defense Motion and Use Date Motion that discuss or refer to the substance of these sealed documents.

1  Plaintiff The Clorox Company shall also publicly file a redacted version of the relevant papers in
2  line with this Order.

3

4  **IT IS SO ORDERED.**

5

6  Dated: 09/26/13 , 2013

7  Honorable Joseph C. Spero
   United States Magistrate Judge