KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
RYAN BRICKER (Bar # 269100)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com, rbricker@kilpatricktownsend.com

Attorneys for Plaintiff and Counter-Defendant
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEN USA, LLC,<br><br>    Defendant. | Case No. CV-12-01468 JCS<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that attorneys Gregory S. Gilchrist, Gia L. Cincone, and Ryan L. Bricker of Kilpatrick Townsend & Stockton LLP, hereby enter their appearances in this matter as counsel for Plaintiff and Counter-Defendant The Clorox Company ("Clorox"), and are authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Clorox.

DATED: September 30, 2013              Respectfully submitted,

                                By:  /s/ *Gia L. Cincone*
                                     Gia L. Cincone
                                     KILPATRICK TOWNSEND & STOCKTON LLP
                                     Two Embarcadero Center, Eighth Floor
                                     San Francisco, California  94111
                                     Telephone: (415) 576-0200; Facsimile: (415) 576-0300

                                     Attorneys for Plaintiff
                                     The Clorox Company