1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  SEBASTIAN E. KAPLAN (CSB No. 248206)
   skaplan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   415.875.2300
6  Facsimile:   415.281.1350

7  DAVID H. BERNSTEIN (admitted *pro hac vice*)
   dhbernstein@debevoise.com
8  CHARLES W. BAXTER (admitted *pro hac vice*)
   cwbaxter@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
10 New York, NY  10022
   Telephone:   212.909.6696
11 Facsimile:   212.521.7696

12 JOHN M. MURPHY (admitted *pro hac vice*)
   AROCHI, MARROQUÍN & LINDNER S.C.
13 Insurgentes Sur 1605 –Piso 20
   Sol. San José Insurgentes
14 03900 México D.F.
   Telephone: 52.55.41.70.20.50
15 Facsimile: 52.55.50.95.20.28

16 Attorneys for Defendant
   ALEN USA, LLC

17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

21 | THE CLOROX COMPANY, | Case No.: CV 12-01468-JCS
22 |         Plaintiff,  |
23 |                     | [~~PROPOSED~~] ORDER GRANTING
   |     v.              | DEFENDANT ALEN USA, LLC'S
24 |                     | ADMINISTRATIVE MOTION TO
   | ALEN USA, LLC       | REMOVE INCORRECTLY FILED
25 |                     | DOCUMENTS
   |         Defendant.  |
26

27

28

1  Having reviewed Defendant AlEn USA LLC Administrative Motion to Remove
2  Incorrectly Filed Documents and good cause appearing, the Motion is hereby GRANTED.
3  The clerk shall remove the following documents from the docket in this case and discard
4  any copies the Court may have made:

5  - Dkt. 122;
6  - Dkt. 129;
7  - AlEn's Opposition to Clorox's Motion for Partial Summary Judgment on AlEn's
8  Second, Third and Fourth Affirmative Defenses attached to AlEn's Administrative
9  Motion to Seal (Dkt. 120); and
10 - Exhibit 12 to the Declaration of Jedediah Wakefield attached to AlEn's
11 Administrative Motion to Seal (Dkt. 120).

12 **IT IS SO ORDERED.**

14 Dated: 10/10/13 , 2013



Honorable
United States Magistrate Judge

[PROPOSED] ORDER GRANTING
MOTION TO REMOVE INCORRECTLY
FILED DOCUMENTS    2

Case No.: CV 12-01468-JCS