ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
CHARLES W. BAXTER (admitted *pro hac vice*)
cwbaxter@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

JOHN MURPHY (admitted *pro hac vice*)
jmurphy@aml.com.mx
AROCHI, MARROQUIN & LINDNER, S.C.
Insurgentes Sur 1605- Piso 20
Col. San José Insurgentes
03900 México D.F.
Telephone: (52 55) 41.70.20.50
Facsimile: (52 55) 50.95.20.28

Attorneys for Defendant
ALEN USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY, | Case No.: CV 12-01468-JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ALEN USA, LLC | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

The undersigned declares that:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 555 California Street, 12th Floor, San Francisco, CA 94104.

On the date set forth below, I served the attached documents entitled:

- DEFENDANT ALEN USA, LLC'S ADMINISTRATIVE MOTION TO SEAL

- [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL

- ALEN USA'S OPPOSITION TO CLOROX'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON SECOND THIRD AND FOURTH AFFIRMATIVE DEFENSES (PUBLIC & CONFIDENTIAL VERSIONS)

- ALEN'S OPPOSITION TO CLOROX'S MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING COMMERCIAL USE DATE OF PINOL (PUBLIC & CONFIDENTIAL VERSIONS)

- DECLARATION OF ALFONSO GARCIA MUNOZ IN SUPPORT OF ALEN USA'S OPPOSITION TO CLOROX'S MOTIONS FOR SUMMARY JUDGMENT AND EXHIBIT 1 (PUBLIC & CONFIDENTIAL VERSIONS)

- DECLARATON OF ALFONSO GARCIA HERNANDEZ IN SUPPORT OF ALEN USA'S OPPOSITION TO CLOROX'S MOTIONS FOR SUMMARY JUDGMENT AND EXHIBITS 1-6

- DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF ALEN USA'S OPPOSITION TO CLOROX'S MOTIONS FOR SUMMARY JUDGMENT AND EXHIBITS 1-28 (PUBLIC AND CONFIDENTIAL VERSIONS)

Martin R. Glick, Esq.
Tracy Tosh Lane, Esq.
Adam Rapp, Esq.
Arnold & Porter LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Marty.Glick@aporter.com
Tracy.Lane@aporter.com
Adam.Rapp@aporter.com

Amie L. Medley, Esq.
Ryan Nishimoto, Esq.
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Amie.Medley@aporter.com
Ryan.Nishimoto@aporter.com

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE  2  CASE NO.: CV 12-01468-JCS

1  
2 Gia L. Cincone  
Gregory S. Gilchrist  
3 Ryan T. Bricker  
Two Embarcadero Center  
4 8th Floor  
San Francisco, CA 94111  
5 gcincone@kilpatricktownsend.com  
ggilchrist@kilpatricktownsend.com  
6 rbricker@kilpatricktownsend.com  

7 ☒ **BY ELECTRONIC MAIL:** I caused such document to be delivered by electronic mail
8 to the addressees.

9 I declare under penalty of perjury under the laws of the United States of America that the
10 above is true and correct. Executed on October 9, 2013 at San Francisco, California.

11
12                                                /s/Peggy Vertin  
                                               Peggy Vertin

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP  
ATTORNEYS AT LAW  
SAN FRANCISCO