ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:      415.875.2300
Facsimile:      415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
CHARLES W. BAXTER (admitted *pro hac vice)*
cwbaxter@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:      212.909.6696
Facsimile:      212.521.7696

JOHN MURPHY (admitted *pro hac vice*)
jmurphy@aml.com.mx
AROCHI, MARROQUIN & LINDNER, S.C.
Insurgentes Sur 1605- Piso 20
Col. San José Insurgentes
03900 México D.F.
Telephone: (52 55) 41.70.20.50
Facsimile: (52 55) 50.95.20.28

Attorneys for Defendant
ALEN USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY, | Case No.: CV 12-01468-JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ALEN USA, LLC | |
| Defendant. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**C**ERTIFICATE OF **S**ERVICE

The undersigned declares that:

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 and not a party to this action.  My business address is 555 California Street, 12th Floor, San Francisco, CA  94104.

On the date set forth below, I served the attached documents entitled:

- ALEN USA'S OPPOSITION TO CLOROX'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON SECOND THIRD AND FOURTH AFFIRMATIVE DEFENSES (CORRECTED) (CONFIDENTIAL VERSION)

- ALEN'S OPPOSITION TO CLOROX'S MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING COMMERCIAL USE DATE OF PINOL (CORRECTED) (CONFIDENTIAL VERSION)

- DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF ALEN USA'S OPPOSITION TO CLOROX'S MOTIONS FOR SUMMARY JUDGMENT AND EXHIBITS 1-28 (CORRECTED) (CONFIDENTIAL VERSION)

Martin R. Glick, Esq.
Tracy Tosh Lane, Esq.
Adam Rapp, Esq.
Arnold & Porter LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Marty.Glick@aporter.com
Tracy.Lane@aporter.com
Adam.Rapp@aporter.com

Amie L. Medley, Esq.
Ryan Nishimoto, Esq.
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017
Amie.Medley@aporter.com
Ryan.Nishimoto@aporter.com

Gia L. Cincone
Gregory S. Gilchrist
Ryan T. Bricker
Two Embarcadero Center
8th Floor
San Francisco, CA 94111
gcincone@kilpatricktownsend.com
ggilchrist@kilpatricktownsend.com
rbricker@kilpatricktownsend.com

☒   **BY ELECTRONIC MAIL:**  I caused such document to be delivered by electronic mail to the addressees.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on October 10, 2013 at San Francisco, California.

/s/Shannon Ellenburg
Shannon Ellenburg

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO