MARTIN R. GLICK (No. 40187)
martin.glick@aporter.com
TRACY T. LANE (No. 184666)
tracy.lane@aporter.com
ADAM M. RAPP (No. 280824)
adam.rapp@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone:     415.471.3100
Facsimile:     415.471.3400

RYAN M. NISHIMOTO (No. 235208)
ryan.nishimoto@aporter.com
AMIE L. MEDLEY (No. 266586)
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:     213.243.4000
Facsimile:     213.243.4199

Attorneys for Plaintiff
THE CLOROX COMPANY

*(Additional Counsel Listed On Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>INDUSTRIAS ALEN, S.A. DE C.V., and<br>ALEN USA, L.P.<br><br>                    Defendants. | No. CV 12-01468-JCS<br><br>**JOINT STIPULATION AND PROPOSED ORDER MODIFYING REPLY BRIEFING SCHEDULE RE SUMMARY JUDGMENT** |

1    The parties respectfully submit this stipulation and proposed order to extend the deadline to

2    file reply briefing in support of their pending motions for summary judgment and partial summary

3    judgment, provided that this extension does not change the dispositive motion hearing date, pretrial

4    dates or the trial date previously set by the Court.

5    The Court's present scheduling order provides for the submission of reply briefs on or before

6    October 18, 2013.  (Dkt. No. 90).  The parties have stipulated to and hereby respectfully request an

7    extension of that deadline by two Court days (four calendar days) to October 22, 2013.  Under this

8    stipulation, the hearing date for the pending dispositive motions will remain December 6, 2013.

9    It is so stipulated.

10

11   October 11, 2013.

**ARNOLD & PORTER LLP**

12

13   By:    */s/ Martin R. Glick*_____
                MARTIN R. GLICK

14

15   Attorneys for Plaintiff
     THE CLOROX COMPANY

16

17   **FENWICK & WEST LLP**

18   By:    */s/Jedediah Wakefield*_____
                JEDEDIAH WAKEFIELD

19

20   Attorneys for Defendant
     ALEN USA, LLC

21

22   **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

23   I, Marty Glick, am the ECF User whose identification and password are being used to file this

24   Joint Stipulation and [Proposed] Order Modifying Reply Brief Submission Schedule.  In compliance

25   with Civil Local Rule 5-1(i)(3), I hereby attest that Jedediah Wakefield has concurred in this filing.

26

27   */s/  Martin R. Glick*_____
         MARTIN R. GLICK

28

1

2                                    **[PROPOSED] ORDER**

3    **PURSUANT TO THE STIPULATED REQUEST, IT IS SO ORDERED.**

4

5    Dated: _____          _____

6                                            Hon. Joseph C. Spero
                                             United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28