MARTIN R. GLICK (No. 40187)
martin.glick@aporter.com
TRACY T. LANE (No. 184666)
tracy.lane@aporter.com
ADAM M. RAPP (No. 280824)
adam.rapp@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

RYAN M. NISHIMOTO (No. 235208)
ryan.nishimoto@aporter.com
AMIE L. MEDLEY (No. 266586)
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Attorneys for Plaintiff
THE CLOROX COMPANY

*(Additional Counsel Listed On Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> INDUSTRIAS ALEN, S.A. DE C.V, and ALEN USA, L.P. <br><br> Defendants. | No. CV 12-01468-JCS <br><br> **JOINT STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING REPLY BRIEFING SCHEDULE RE SUMMARY JUDGMENT** |

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING REPLY BRIEFING SCHEDULE
-1-

The parties respectfully submit this stipulation and proposed order to extend the deadline to file reply briefing in support of their pending motions for summary judgment and partial summary judgment, provided that this extension does not change the dispositive motion hearing date, pretrial dates or the trial date previously set by the Court.

The Court's present scheduling order provides for the submission of reply briefs on or before October 18, 2013. (Dkt. No. 90). The parties have stipulated to and hereby respectfully request an extension of that deadline by two Court days (four calendar days) to October 22, 2013. Under this stipulation, the hearing date for the pending dispositive motions will remain December 6, 2013.

It is so stipulated.

October 11, 2013.

**ARNOLD & PORTER LLP**

By: */s/ Martin R. Glick*_____
    MARTIN R. GLICK

Attorneys for Plaintiff
THE CLOROX COMPANY

**FENWICK & WEST LLP**

By: */s/Jedediah Wakefield*_____
    JEDEDIAH WAKEFIELD

Attorneys for Defendant
ALEN USA, LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Marty Glick, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order Modifying Reply Brief Submission Schedule. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jedediah Wakefield has concurred in this filing.

    */s/ Martin R. Glick*_____
    MARTIN R. GLICK

1
2                            **[~~PROPOSED~~] ORDER**
3    **PURSUANT TO THE STIPULATED REQUEST, IT IS SO ORDERED.**
4
5    Dated: 10/15/13
6                                                    
     Hon. Joseph
7    United States
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28