1 | ARNOLD & PORTER LLP
MARTIN R. GLICK (No. 40187)
2 | marty.glick@aporter.com
TRACY T. LANE (No. 184666)
3 | tracy.lane@aporter.com
ADAM M. RAPP (No. 280824)
4 | adam.rapp@aporter.com
ARNOLD & PORTER LLP
5 | Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
6 | Telephone:    415.434.1600
Facsimile:    415.677.6262
7
RYAN M. NISHIMOTO (No. 235208)
8 | ryan.nishimoto@aporter.com
AMIE L. MEDLEY (No. 266586)
9 | amie.medley@aporter.com
ARNOLD & PORTER LLP
10 | 777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
11 | Telephone:    213.243.4000
Facsimile:    213.243.4199
12
Attorneys for Plaintiff
13 | THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>                    Plaintiff,<br><br>       v.<br><br>ALEN USA, LLC,<br><br>                    Defendant. | Case No.: CV 12-01468-JCS<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO SEAL CONFIDENTIAL MATERIALS SUBMITTED BY DEFENDANT ALEN USA, LLC**<br><br>Judge:         Hon. Joseph C. Spero<br><br>Trial Date:    March 10, 2014 |

1  WHEREAS, as set forth in Clorox's Motion for Administrative Relief to Seal Confidential Materials Submitted by Defendant AlEn USA, LLC (the "Administrative Motion"), and pursuant to Civil Local Rules 7-11 and 79-5, Defendant has submitted to the undersigned confidential versions of (1) AlEn USA's Oppositions to Clorox's Motions for Summary Judgment; and (2) Declaration of Jedediah Wakefield in Support of AlEn USA's Oppositions to Clorox's Motions for Summary Judgment [Corrected] ("Wakefield Declaration");

AND WHEREAS, the above-mentioned documents contain or refer to information designated by the parties as HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY pursuant to the Stipulated Protective Order in this action (Dkt. No. 46);

AND WHEREAS, as set forth in the Declaration of Adam M. Rapp in Support of Clorox's Motion for Administrative Relief to Seal Materials Submitted by Defendant AlEn USA, Exhibits 8, 10, 11, 13-16, and 18-23 to the Wakefield Declaration contain or reflect material that Clorox has designated under the Protective Order and contains or reflects confidential and sensitive information that Clorox believes would cause it competitive harm if it became public;

IT IS HEREBY ORDERED THAT Exhibits 8, 10, 11, 13-16, and 18-23 to the Wakefield Declaration, submitted by Defendant AlEn USA, LLC, shall remain under seal pursuant to Civil Local Rule 79-5(f).

DATED: October  15 , 2013.

_____
UNITED STATES MAGISTRATE JUDGE