ARNOLD & PORTER LLP
MARTIN R. GLICK (No. 40187)
marty.glick@aporter.com
TRACY T. LANE (No. 184666)
tracy.lane@aporter.com
ADAM M. RAPP (No. 280824)
adam.rapp@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

RYAN M. NISHIMOTO (No. 235208)
ryan.nishimoto@aporter.com
AMIE L. MEDLEY (No. 266586)
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    213.243.4000
Facsimile:    213.243.4199

Attorneys for Plaintiff
THE CLOROX COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALEN USA, LLC,<br><br>                    Defendant. | Case No.: CV 12-01468-JCS<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF CLOROX'S REPLIES IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND EXHIBITS TO SUPPORTING DECLARATION**<br><br>Judge:         Hon. Joseph C. Spero<br><br>Trial Date:   March 10, 2014 |

WHEREAS, as set forth in Clorox's Motion for Administrative Relief to File Under Seal Portions of Motions for Partial Summary Judgment and Supporting Declarations, and pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff has submitted to the undersigned confidential versions of

- Clorox's Reply in Support of Motion for Partial Summary Judgment Concerning Commercial Use Date of Pinol;

- Clorox's Reply in Support of Motion for Partial Summary Judgment on AlEn USA, LLC's Second, Third and Fourth Affirmative Defenses (Laches; Waiver, Acquiescence, Estoppel; Statute of Limitations); and

- Exhibits A, B, C, D, E, F and I to the Declaration of Adam M. Rapp in Support of Clorox's Replies in Support of Motions for Partial Summary Judgment.

AND WHEREAS, the above-mentioned documents contain or refer to information designated by Defendant AlEn USA, LLC as HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY pursuant to the Stipulated Protective Order in this action (Dkt. No. 46);

AND WHEREAS, as set forth in the Declaration of Adam M. Rapp in Support of Clorox's Motion for Administrative Relief to File Under Seal, Clorox's Reply in Support of Motion for Partial Summary Judgment on AlEn USA, LLC's Second, Third and Fourth Affirmative Defenses (Laches; Waiver, Acquiescence, Estoppel; Statute of Limitations), and Exhibits C, D, F and I to the Declaration of Adam M. Rapp in Support of Clorox's Replies in Support of Motions for Partial Summary Judgment contain or reflect material that Clorox has designated under the Protective Order and contain or reflect confidential and sensitive information that Clorox believes would cause it competitive harm if it became public;

IT IS HEREBY ORDERED THAT the Defendant shall file with the Court and serve a declaration in accordance with Civil Local Rule 79-5(d) establishing that the designated information is sealable and shall lodge and serve a narrowly tailored proposed sealing order, or withdraw the designation of confidentiality;

IT IS FURTHER ORDERED THAT Clorox is permitted to file under seal the confidential portions of Reply in Support of Motion for Partial Summary Judgment Concerning Commercial Use Date of Pinol; and the confidential portions of Clorox's Reply in Support of Motion for Partial

Summary Judgment on AlEn USA, LLC's Second, Third and Fourth Affirmative Defenses (Laches; Waiver, Acquiescence, Estoppel; Statute of Limitations);

  IT IS FURTHER ORDERED THAT Clorox is permitted to file under seal Exhibits A, B, C, D, E, F and I to the Declaration of Adam M. Rapp in Support of Clorox's Replies in Support of Motions for Partial Summary Judgment in their entirety.

DATED: October 23, 2013.



HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE