1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  SEBASTIAN E. KAPLAN (CSB No. 248206)
   skaplan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  DAVID H. BERNSTEIN (admitted *pro hac vice*)
   dhbernstein@debevoise.com
8  CHARLES W. BAXTER (admitted *pro hac vice*)
   cwbaxter@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
10 New York, NY 10022
   Telephone:     212.909.6696
11 Facsimile:     212.521.7696

12 JOHN M. MURPHY (admitted *pro hac vice*)
   AROCHI, MARROQUÍN & LINDNER S.C.
13 Insurgentes Sur 1605 –Piso 20
   Sol. San José Insurgentes
14 03900 México D.F.
   Telephone: 52.55.41.70.20.50
15 Facsimile: 52.55.50.95.20.28

16 Attorneys for Defendant
   ALEN USA, LLC

17

18                          UNITED STATES DISTRICT COURT

19                        NORTHERN DISTRICT OF CALIFORNIA

20                              SAN FRANCISCO DIVISION

21  THE CLOROX COMPANY,                    | Case No.: CV 12-01468-JCS

22              Plaintiff,                 | **[PROPOSED]** ORDER GRANTING
                                           | DEFENDANT ALEN USA, LLC'S
23       v.                                | ADMINISTRATIVE MOTION TO FILE
                                           | UNDER SEAL
24  ALEN USA, LLC

25              Defendant.

26

27

28

[PROPOSED] ORDER GRANTING ALEN'S                                Case No.: CV 12-01468-JCS
MOTION TO FILE UNDER SEAL

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Having reviewed, Defendant AlEn USA LLC's Motion for Administrative Relief to Seal, Plaintiff The Clorox Company's submitted justification for maintaining the documents at issue under seal, and good cause appearing, the Motion is hereby GRANTED.

Defendant AlEn USA LLC shall file the following under seal:

- Certain portions of Defendant AlEn USA, LLC's Reply in Support of Rule 37 Motion to Exclude Evidence and Argument of Damages;
- Certain portions of Defendant AlEn USA, LLC's Reply in Support of Motion for Partial Summary Judgment as to Damages;
- Exhibits 1 and 5–8 to the Wakefield Reply Decl.

**IT IS SO ORDERED.**

Dated: 10/23, 2013



Honorable
United States

[PROPOSED] ORDER GRANTING ALEN'S MOTION TO FILE UNDER SEAL    2    Case No.: CV 12-01468-JCS