United States District Court
Northern District of California

1
2
3
4     UNITED STATES DISTRICT COURT
5     NORTHERN DISTRICT OF CALIFORNIA
6
7   CLOROX COMPANY,                           Case No. 12-cv-01468-JCS   (JCS)
            Plaintiff,
8
        v.                                    **CLERK'S NOTICE**
9
    ALEN USA, LLC,                            Re: Dkt. Nos. 91, 176, 96, 102, 99, 100
10
            Defendant.
11
12
13  TO ALL PARTIES AND COUNSEL OF RECORD:
14
15      YOU ARE NOTIFIED THAT the hearing on Defendants' Motion for Partial Summary
16  Judgment on Trademark Dilution [dkt no. 91], and Plaintiff's Motion to Dismiss or Stay [dkt no.
17  176], shall remain on calendar to be heard on **December 6, 2013, at 9:30 A.M.**
18      YOU ARE HEREBY FURTHER NOTIFIED THAT the following motions will be heard
19  on **December 20, 2013, at 9:30 A.M.**
20      1.  Plaintiff's Motion for Partial Summary Judgment on Affirmative Defenses [dkt no. 96]
21      2.  Plaintiff's Motion for Partial Summary Judgment Concerning Commercial Use Date of
22          Pinol [dkt no. 102]
23      3.  Defendant's Motion for Partial Summary Judgment as to Damages [dkt no. 99]
24      4.  Defendant's Rule 37 Motion to Exclude Clorox Evidence of Damages [dkt no. 100]
25  Counsel shall jointly provide two (2) thumb drives with all papers, including exhibits (sealed
26  versions only, where applicable) for the December 20 Motions, in .pdf format by **Friday,**
27  **November 22, 2013.**
28

Regardless of whether the Court reschedules the hearing date, all opposition and reply papers shall be timely filed pursuant to Civil L.R. 7-7(d).

All parties and counsel shall appear before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: November 15, 2013

                                        Richard W. Wieking
                                        Clerk, United States District Court

                                        *Karen L. Hom*
                                        Karen Hom, Deputy Clerk to the
                                        Honorable JOSEPH C. SPERO
                                        415-522-2035