ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN (admitted *pro hac vice*)
dhbernstein@debevoise.com
CHARLES W. BAXTER (admitted *pro hac vice*)
cwbaxter@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

JOHN M. MURPHY (admitted *pro hac vice*)
AROCHI, MARROQUÍN & LINDNER S.C.
Insurgentes Sur 1605 –Piso 20
Sol. San José Insurgentes
03900 México D.F.
Telephone: 52.55.41.70.20.50
Facsimile: 52.55.50.95.20.28

Attorneys for Defendant
ALEN USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEN USA, LLC<br><br>  Defendant. | Case No.: CV 12-01468-JCS<br><br>**DECLARATION OF SEBASTIAN KAPLAN IN SUPPORT OF DEFENDANT ALEN USA, LLC'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date: December 6, 2013<br>Time: 9:30 a.m.<br>Courtroom: G<br>Judge: The Hon. Joseph C. Spero |

KAPLAN DECLARATION ISO ALEN'S
OPPOSITION TO MOTION TO DISMISS

Case No.: CV 12-01468-JCS

1  I, Sebastian Kaplan, hereby declare as follows:

2  1. I am an attorney admitted to practice before this Court. I am an attorney at the law firm of Fenwick & West LLP, counsel of record for Defendant AlEn USA, LLC in this matter. I submit this declaration in support of AlEn's Opposition to Clorox's Motion to Dismiss or Stay. Except as otherwise stated, I have personal knowledge of the facts stated in this declaration and, if called to testify as a witness, I could and would testify competently about them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the United States International Trade Commission's Order No. 6 Setting the Procedural Schedule dated September 24, 2013 in *In the Matter of Certain Laundry and Household Cleaning Products and Related Packaging*, Inv. No. 337-TA-891.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the United States International Trade Commission's Order No. 8 Granting Joint Motion to Amend the Procedural Schedule dated November 7, 2013 in *In the Matter of Certain Laundry and Household Cleaning Products and Related Packaging*, Inv. No. 337-TA-891. This order does not change the "Target date for completion of Investigation" on November 28, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 15, 2013 in San Francisco, California.

*/s/ Sebastian Kaplan*
Sebastian Kaplan

KAPLAN DECLARATION ISO ALEN'S
OPPOSITION TO MOTION TO DISMISS          1          Case No.: CV 12-01468-JCS