EXHIBIT 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| In the Matter of | |
|---|---|
| CERTAIN LAUNDRY AND HOUSEHOLD CLEANING PRODUCTS AND RELATED PACKAGING | Inv. No. 337-TA-891 |

ORDER NO. 6:   SETTING THE PROCEDURAL SCHEDULE

(September 24, 2013)

On September 20, 2013, the parties submitted their joint proposed procedural schedule. Based on a review of the parties' submission, the undersigned hereby adopts the following procedural schedule:

| Event | Deadline Date |
|---|---|
| Attendance at one-day mediation session and first settlement conference | On or before October 25, 2013 |
| Submission of joint report on mediation and first settlement conference report | October 30, 2013 |
| Serve initial responses to contention interrogatories on the issues for which that party bears the burden | November 8, 2013 |
| File identification of expert witnesses, including their expertise and their curriculum vitae | November 12, 2013 |
| Serve initial responses to contention interrogatories on the issues for which the opposing party bears the burden | November 22, 2013 |
| File tentative list of witnesses a party will call to testify at the hearing, with an identification of each witness' relationship to the party | November 26, 2013 |
| Serve final responses to contention interrogatories on the issues for which that party bears the burden | December 2, 2013 |

| Event | Deadline Date |
|---|---|
| Fact discovery cut-off and completion | December 6, 2013 |
| Serve final responses to contention interrogatories on the issues for which the opposing party bears the burden | December 6, 2013 |
| Deadline for motions to compel discovery | December 12, 2013 |
| Exchange of initial expert reports (identify tests/surveys/data) | December 20, 2013 |
| Exchange of rebuttal expert reports | January 14, 2014 |
| Second settlement conference | On or before January 17, 2014 |
| Submission of second settlement conference joint report | January 22, 2014 |
| Expert discovery cut-off and completion | January 24, 2014 |
| Deadline for filing summary determination motions | January 29, 2014 |
| Exchange of exhibit lists among the parties | February 7, 2014 |
| Submit and serve direct exhibits (including witness statements), with physical and demonstrative exhibits available – Complainants and Respondents | February 14, 2014 |
| Submit and serve direct exhibits (including witness statements), with physical and demonstrative exhibits available – Staff | February 18, 2014 |
| File requests for receipt of evidence without a witness | February 21, 2014 |
| Third settlement conference | On or before February 26, 2014 |
| File objections to direct exhibits (including witness statements) | February 27, 2014 |
| Submit and serve rebuttal exhibits (including witness statements), with rebuttal physical and demonstrative exhibits available – all parties | February 28, 2014 |
| File responses to objections to direct exhibits (including witness statements) | March 4, 2014 |
| Submission of third settlement conference joint report | March 5, 2014 |

| Event | Deadline Date |
|---|---|
| File prehearing statements and briefs – Complainants and Respondents | March 5, 2014 |
| File objections to rebuttal exhibits (including witness statements) | March 11, 2014 |
| File responses to objections to rebuttal exhibits (including witness statements) | March 14, 2014 |
| Deadline for motions *in limine* | March 14, 2014 |
| File high priority objections statement | March 14, 2014 |
| File prehearing statement and brief – Staff | March 17, 2014 |
| File responses to high priority objections statement | March 21, 2014 |
| File responses to motions *in limine* | March 21, 2014 |
| Prehearing conference[1] | March 31, 2014 |
| Trial[2] | March 31 – April 4, 2014 |
| File initial post-trial briefs and final exhibit lists | April 18, 2014 |
| File reply post-trial briefs | April 25, 2014 |
| Initial Determination due | July 28, 2014 |
| Target date for completion of Investigation | November 28, 2014 |

For the dates set forth above that require a submission or filing, the date set forth is the date that the submission or filing must be at or filed at the Commission (by the close of business) and is not the date that such submission or filing is merely served.

**SO ORDERED.**

Charles E. Bullock
Chief Administrative Law Judge

---

[1] The parties are directed to meet and confer prior to the prehearing conference in an attempt to resolve any outstanding pre-trial motions, high priority objections, and any other contested issues concerning the trial.
[2] The parties will be informed of the location of the hearing at a later date.

| | |
|---|---|
| **CERTAIN LAUNDRY AND HOUSEHOLD CLEANING PRODUCTS AND RELATED PACKAGING** | **337-TA-891** |

## CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **ORDER NO. 6** has been served by hand upon the Commission Investigative Attorney, Reginald Lucas, Esq., and the following parties as indicated, on    SEP 25 2013   .

                                            Lisa R. Barton, Acting Secretary
                                            U.S. International Trade Commission
                                            500 E Street, SW
                                            Washington, DC 20436

**On Behalf of Complainant Clorox Company:**

| | |
|---|---|
| Michael J. Allan, Esq.<br>**Steptoe & Johnson LLP**<br>1330 Connecticut Ave., NW<br>Washington, DC 20036 | ( ) Via Hand Delivery<br>( ) Express Delivery<br>(✓) Via First Class Mail<br>( ) Other: _____ |

**Respondents Industrias AlEn, S.A. de C.V. and AlEn USA, LLC:**

| | |
|---|---|
| David H. Bernstein<br>**Debevoise & Plimpton LLP**<br>919 Third Avenue<br>New York, NY  10022 | ( ) Via Hand Delivery<br>( ) Express Delivery<br>(✓) Via First Class Mail<br>( ) Other: _____ |

Page 2 – Certificate of Service

## PUBLIC MAILING LIST

| | |
|---|---|
| Lori Hofer, Library Services<br>**LEXIS-NEXIS**<br>9473 Springboro Pike<br>Miamisburg, OH 45342 | ( ) Via Hand Delivery<br>( ) Via Express Delivery<br>(✓) Via First Class Mail<br>( ) Other: _____ |
| Kenneth Clair<br>**Thomson West**<br>1100 13th Street, NW, Suite 200<br>Washington, DC 20005 | ( ) Via Hand Delivery<br>( ) Via Express Delivery<br>(✓) Via First Class Mail<br>( ) Other: _____ |