ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN *(admitted pro hac vice)*
dhbernstein@debevoise.com
CHARLES W. BAXTER
cwbaxter@debevoise.com (*admitted pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

JOHN M. MURPHY *(admitted pro hac vice)*
jmurphy@aml.com.mx
AROCHI, MARROQUIN & LINDNER, S.C.
Insurgentes Sur 1605-Piso 20
Col. San Jose Insurgentes
03900 Mexico D.F.
Telephone: 52.55.41.70.20.50
Facsimile: 52.55.50.95.20.28

Attorneys for Defendant
ALEN USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEN USA, LLC<br><br>        Defendant. | Case No.: CV 12-01468-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY CANCELLATION OF CERTAIN TRADEMARK REGISTRATIONS** |

WHEREAS, Industrias AlEn owns a registration for the mark SALUD Y CONFIANZA CON PINOL, Registration No. 3,843,220, and a registration for the mark ALEN PINOL, Registration No. 3,516,958 (collectively, the "Registrations");

WHEREAS, The Clorox Company ("Clorox") has petitioned the U.S. Patent and Trademark Office for cancellation of the Registrations;

WHEREAS, in this action AlEn USA, LLC has sought declaratory judgment as to its rights in the PINOL mark; and

WHEREAS, the parties wish to narrow the issues in dispute in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Industrias AlEn, AlEn USA, and Clorox as follows:

1. Clorox shall provide written consent for Industrias AlEn to file and Industrias AlEn shall file a voluntary surrender of registration for cancellation of the Registrations with the U.S. Patent and Trademark Office, without prejudice.

2. If the Court in this action issues a final judgment finding that AlEn USA's use of the PINOL mark infringes or dilutes Clorox's PINE-SOL marks, neither Industrias AlEn, AlEn USA, nor any of their affiliates shall seek to re-file an application for registration of either SALUD Y CONFIANZA CON PINOL or ALEN PINOL in the United States.

3. Neither AlEn nor Clorox shall introduce evidence, testimony, or argument regarding the fact of the Registrations, the applications for the Registrations or of the cancellation of the Registrations for any purpose in this action, or in any other trademark dispute between the parties, including any action before the International Trade Commission.

IT IS SO STIPULATED.

Dated:  November 12, 2013          **FENWICK & WEST LLP**

By:     */s/ Jedediah Wakefield*
          Jedediah Wakefield

Attorneys for Defendant ALEN USA, LLC

STIPULATION AND [PROPOSED] ORDER RE ABANDONMENT OF CERTAIN TRADEMARK REGISTRATIONS          - 1 -          CASE NO.: CV 12-01468-JCS

Dated: November 12, 2013            ARNOLD & PORTER LLP

                                    By: ___/s/ Tracy T. Lane_____
                                        Tracy T. Lane

                                    Attorneys for Plaintiff THE CLOROX COMPANY

Dated: November 12, 2013            INDUSTRIAS ALEN S.A. DE C.V.

                                    By: _____
                                        Luis Miguel de la Peña

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)

I, Jedediah Wakefield, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE ABANDONMENT OF CERTAIN TRADEMARK REGISTRATIONS. In compliance with Civil Local Rule 5-1, I hereby attest that Tracy T. Lane and Luis Miguel de la Peña have concurred in this filing.

                                    ___/s/ Jedediah Wakefield_____
                                        Jedediah Wakefield

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___11/15___, 2013            _____
                                    The Honorable Joseph C. Spero
                                    United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

*(Left margin: FENWICK & WEST LLP, ATTORNEYS AT LAW, SAN FRANCISCO)*