ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID H. BERNSTEIN *(admitted pro hac vice)*
dhbernstein@debevoise.com
CHARLES W. BAXTER
cwbaxter@debevoise.com *(admitted pro hac vice)*
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Telephone: 212.909.6696
Facsimile: 212.521.7696

JOHN M. MURPHY *(admitted pro hac vice)*
jmurphy@aml.com.mx
AROCHI, MARROQUIN & LINDNER, S.C.
Insurgentes Sur 1605-Piso 20
Col. San Jose Insurgentes
03900 Mexico D.F.
Telephone: 52.55.41.70.20.50
Facsimile: 52.55.50.95.20.28

Attorneys for Defendant
ALEN USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>            Plaintiff,<br><br>   v.<br><br>ALEN USA, LLC<br><br>            Defendant. | Case No.: CV 12-01468-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Clorox Company and Defendant AlEn USA, LLC hereby stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs in connection with this action.

**IT IS SO STIPULATED.**

Dated: December 2, 2013    **FENWICK & WEST LLP**

By:    */s/ Andrew P. Bridges*
           Andrew P. Bridges

**Attorneys for Defendant
ALEN USA, LLC**

**ARNOLD & PORTER LLP**

By:    */s/ Martin R. Glick*
           Martin R. Glick

**Attorneys for Plaintiff
THE CLOROX COMPANY**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I, Andrew P. Bridges, am the ECF User whose identification and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories listed above have concurred in this filing.

   */s/ Andrew P. Bridges*
      Andrew P. Bridges